1   RONALD L. JOHNSTON (State Bar No. 57418)
      Ronald.Johnston@aporter.com
2   JOHN C. ULIN (State Bar No. 165524_
      John.Ulin@aporter.com
3   JAMES S. BLACKBURN (State Bar No. 169134)
      James.Blackburn@aporter.com
4   ARNOLD & PORTER LLP
      777 South Figueroa Street, 44th Floor
5   Los Angeles, California 90017-5844
      Telephone: (213) 243-4000
6   Facsimile: (213) 243-4199
7

8   *Attorneys for Plaintiffs*

9

10               UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

FILED
CLERK U.S. DISTRICT COURT

AUG 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC,<br>UNIVERSAL NETWORK<br>TELEVISION, LLC,<br>NBC SUBSIDIARY (KNBC-TV)<br>LLC,<br>AMERICAN BROADCASTING<br>COMPANIES, INC.,<br>DISNEY ENTERPRISES, INC.,<br>CBS BROADCASTING INC., and<br>CBS STUDIOS INC.<br><br>        Plaintiffs,<br><br>    v.<br><br>BARRY DRILLER, INC.,<br>BARRYDRILLER CONTENT<br>SYSTEMS PLC, and<br>JOHN DOES 1-10<br><br>        Defendants. | Case No. CV12- 06950 (WLEx)<br><br>**COMPLAINT FOR DAMAGES AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

57957825v1

1          Plaintiffs NBCUniversal Media, LLC, Universal Network Television, LLC,

2   NBCUniversal Media, LLC, NBC Subsidiary (KNBC-TV) LLC, American

3   Broadcasting Companies, Inc., Disney Enterprises, Inc., CBS Broadcasting Inc., and

4   CBS Studios Inc. (collectively "plaintiffs"), by their attorneys, complain and allege

5   against defendants Barry Driller, Inc. BarryDriller Content Systems Plc., and John

6   Does 1-10 (collectively, "defendants") as follows:

7   **NATURE OF THE ACTION**

8          1.    On or about August 7, 2012, defendants began  streaming over the

9   Internet numerous television broadcast stations and the copyrighted programming on

10   those stations, including stations licensed by the Federal Communications

11   Commission to serve the Los Angeles market – all without the consent of the affected

12   stations or copyright owners.  The purpose of this action is to restrain defendants

13   from exploiting without authorization, and violating plaintiffs' rights in, some of the

14   most valuable intellectual property created in the United States.

15          2.    Defendants offer and sell online access, via the Web site

16   http://www.barrydriller.com and others, to the broadcasts of television stations owned

17   by plaintiffs and others and to stations on which the plaintiffs' copyrighted

18   programming is televised.  Defendants are providing this commercial service

19   featuring plaintiffs' programming without the authorization of any of the affected

20   stations or copyright owners.

21          3.    Unless restrained by this Court, the loss of control over the distribution

22   of plaintiffs' broadcast signals and copyrighted programming, the preemption of

23   plaintiffs' opportunities to license content over new media, and the other unlawful

24   conduct contemplated by defendants threatens plaintiffs with substantial irremediable

25   losses.

26          4.    Plaintiffs ask that the Court preliminarily and permanently enjoin

27   defendants' unlawful conduct and award damages arising out of defendant's unlawful

28   conduct.

1

## JURISDICTION AND VENUE

2  5. This action arises under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

3  6. This Court has exclusive subject matter jurisdiction under 28 U.S.C.

4 § 1338, with respect to plaintiffs' copyright claims.

5  7. Defendants transact business in the District over the Internet.  They

6 operate an interactive Web site, barrydriller.com, that offers goods and services to

7 users in this District and elsewhere.

8  8. Venue is properly laid in this District under 28 U.S.C. §§ 1391 (b) and

9 (c) and 1400 (a).

10

## THE PARTIES

11  9. Plaintiff NBCUniversal Media, LLC ("NBCU") is a Delaware limited

12 liability company with its principal place of business at 30 Rockefeller Plaza, New

13 York, New York.  NBCU, through the NBC Network it owns and operates, and

14 through its other subsidiaries and divisions, is engaged in, among other things, the

15 production and distribution of television programs.  NBCU is also the exclusive

16 licensee of the International Olympic Committee for exhibition of the 2012 Olympic

17 Games in the United States and its territories and possessions, excluding Puerto Rico,

18 via broadcast, cable and satellite television, the Internet, and other distribution

19 platforms.

20  10. Plaintiff Universal Network Television LLC is a Delaware limited

21 liability company with its principal place of business at 100 Universal City Plaza,

22 Universal City, California, and is and is an indirect wholly-owned subsidiary of

23 plaintiff NBCUniversal Media, LLC.  UNT is actively engaged in the production and

24 licensed distribution of television programs, including programs that are transmitted

25 to numerous broadcast stations in the United States affiliated with the NBC

26 Television Network and distributed elsewhere in the world.

27  11. Plaintiff NBC Subsidiary (KNBC-TV) LLC ("KNBC") is a Delaware

28 limited liability company with its principal place of business at 3000 W Alameda

Ave., Burbank, California 91523.  KNBC owns and operates the television station KNBC-TV, an FCC-licensed broadcast station that broadcasts to viewers over the air on channel 4 in the Los Angeles market.  KNBC is actively engaged, among other things, in the production and distribution of television programs and other copyrighted works, including local news programming.  Cable systems, satellite services and other multichannel video programming distributors also make KNBC transmissions available to their subscribers upon negotiating for the right to do so under Section 325 of the Communications Act, 47 U.S.C. § 325.

12.    Plaintiff American Broadcasting Companies, Inc. ("ABC") is a Delaware corporation with its principal place of business at 77 West 66th Street, New York, New York, and does business as the ABC Television Network and as WABC-TV.  ABC is actively engaged in the production and distribution of television programs and other copyrighted works, including programs ABC transmits to numerous broadcast television stations including that it owns and operates, and other stations that are affiliated with its ABC Television Network, in the United States.  ABC grants these stations the right to broadcast programming within their communities of license.  ABC is a wholly-owned, indirect subsidiary of plaintiff Disney Enterprises, Inc.

13.    Plaintiff Disney Enterprises, Inc. ("DEI") is a Delaware corporation with its principal place of business at 500 S. Buena Vista Street, Burbank, California. DEI is actively engaged in the licensing of its copyrighted properties, and certain of its affiliates are engaged in the worldwide production and distribution of copyrighted entertainment products, including programs that television broadcast stations and other media outlets transmit or retransmit to the public.

14.    Plaintiff CBS Broadcasting Inc. ("CBS") is a New York corporation with its principal place of business at 51 West 52nd Street, New York, New York.  CBS is actively engaged in the production and distribution of television programs and other copyrighted works – including programs CBS transmits to numerous broadcast

television stations in the United States that are affiliated with its CBS Television Network, including stations that it owns and operates.  CBS grants these stations the right to broadcast programming within their communities of license. The FCC has licensed CBS to operate the television station identified by the call letters KCBS-TV ("KCBS"), the signal of which is broadcast to viewers in the Los Angeles market. Cable systems, satellite services and other multichannel video programming distributors also make KCBS transmissions available to their subscribers upon negotiating for the right to do so under section 325 of the Communications Act, 47 U.S.C. § 325.

15.   Plaintiff CBS Studios Inc. ("CBS Studios") is a Delaware corporation with its principal place of business at 51 West 52nd Street, New York, New York. CBS Studios is actively engaged in the worldwide production and distribution of copyrighted entertainment products, including programs that television broadcast stations and other media outlets transmit or retransmit to the public.

16.   Upon information and belief, Defendant Barry Driller, Inc. is a company incorporated in Delaware with its principal place of business in Los Angeles, California.

17.   Upon information and belief, Defendant BarryDriller Content Systems Plc. operates an Internet streaming service called BarryDriller, located at www.barrydriller.com.

18.   Upon information and belief, Defendants John Does 1-10, inclusive, are individuals and/or entities whose conduct is the subject of this action, but whose identities or locations are unknown. Such individuals and/or entities are believed to engage in, or operate and/or direct the activities of other parties engaged in the wrongful actions described herein.

19.   Upon information and belief, each of the Defendants is the agent, representative and/or alter ego of the other Defendants.

## NATURE OF DEFENDANT'S UNLAWFUL CONDUCT

20.    On or about August 7, 2012, defendants began providing subscribers with online access to plaintiffs' programming telecast by numerous broadcast television stations (collectively, the "Stations").

21.    Upon information and belief, defendants capture the signals of the Stations in their local markets, transmit those signals to defendant's servers, and then stream the signals over the Internet to customers.

22.    To take advantage of defendants' service, including access to plaintiffs' programming on the Stations, an individual with Internet access need only access the defendants' Web site (http://www.barrydriller.com/) on his or her computer and register for the service.

23.    Defendants have not obtained the authorization of plaintiffs to stream over the Internet the signals of the Stations or the programming broadcast by them, which include  copyrighted content owned by plaintiffs.

### COUNT ONE
### COPYRIGHT INFRINGEMENT

24.    Plaintiffs hereby incorporate by reference and reallege each and every allegation of paragraphs 1 through 23 above.

25.    Plaintiffs (and/or their parents, subsidiaries or affiliates) are the legal or beneficial owners of the copyrights in numerous programs that have been, or will be, exhibited over broadcast television stations and a variety of other media outlets.  A non-exhaustive list of such television programs, identifying representative examples of programs in which plaintiffs (and/or their parents, subsidiaries or affiliates) own the pertinent copyright interests, is set forth in Exhibit 1 ("TV Programs").

26.    Each such TV Program is an original audiovisual work that has been or will be fixed in a tangible medium of expression and constitutes copyrightable subject matter within the meaning of section 102 of the Copyright Act, 17 U.S.C. § 102. Each such TV Program has been or will be registered with the United States

- 5 -

Copyright Office or is the subject of an application for registration filed with the Copyright Office. Representative examples of the copyright registration certificates or other documentation demonstrating compliance with sections 408 (f) and 411 of the Copyright Act, 17 U.S.C. §§ 408 (f) & 411, and implementing Copyright Office regulations, corresponding to the TV Programs identified in Exhibit 1, are attached hereto as Exhibits 2 to 25.

27.    Each TV Program has been created or licensed for exhibition by plaintiffs (and/or their parents, subsidiaries or affiliates), the transmissions of which the defendants are streaming without authorization as part of the barrydiller.com service.  On information and belief, defendants have streamed or will stream, as part of the barrydriller.com unauthorized service, each TV Program and numerous other works in which plaintiffs own copyrights.

28.    Under section 106 of the Copyright Act, 17 U.S.C. § 106, plaintiffs (and/or their parents, subsidiaries or affiliates) own the exclusive rights, among others, to reproduce in copies their copyrighted works, to distribute copies to the public of their copyrighted works, to publicly perform their copyrighted works, to publicly display their copyrighted works, and to make derivative works based upon their copyrighted works.

29.    Under section 106 of the Copyright Act, 17 U.S.C. § 106, plaintiffs (and/or their parents, subsidiaries or affiliates) also own the exclusive rights to authorize others to exercise the rights set forth in the preceding paragraph 28.

30.    Neither the plaintiffs nor any other person authorized by plaintiffs have granted any license, permission or authorization to defendants to exercise any of the rights set forth in paragraph 28 or to authorize others to exercise such rights, respecting the TV Programs or any other works in which plaintiffs (and/or their parents, subsidiaries or affiliates) own copyrights.

31.    In offering the barrydriller.com service, defendants have exercised and will exercise (or have authorized or will authorize others to exercise) one or more of

plaintiffs' exclusive rights set forth in paragraph 28 respecting the TV Programs and other works in which plaintiffs (and/or their parents, subsidiaries or affiliates) own copyrights.

32.    Defendants have committed and will commit each act of copyright infringement with the knowledge that they were not authorized to exercise any of the rights (or authorize others to exercise any of the rights) set forth in paragraph 28 respecting the TV Programs and other works in which plaintiffs (and/or their parents, subsidiaries or affiliates) own copyrights.  Defendants' conduct thus has constituted and will constitute willful copyright infringement.

33.    As a result of defendants' willful copyright infringement, plaintiffs have been and are being irreparably harmed.

34.    Unless restrained by the Court, defendants will continue to engage in such willful copyright infringement.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray that this Court enter judgment in plaintiffs' favor and against defendants as follows:

A.    Adjudge and declare, pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 (a) & 2202, that defendants have infringed plaintiffs' copyrights in violation of 17 U.S.C. § 101 *et seq.*, by operating the barrydriller.com service and engaging in the conduct described above;

B.    Issue a preliminary and permanent injunction enjoining and restraining defendants and its officers, agents, servants, and employees and all those in active concert or participation with them, from infringing plaintiffs' exclusive rights under the Copyright Act by offering the barrydriller.com service and engaging in the conduct described above;

C.    Award plaintiffs their damages, costs and reasonable attorneys' fees in accordance with 17 U.S.C. §§ 504 and 505 and other applicable law;

1       D.     Award such other and further relief as the Court shall deem just and

2   appropriate.

3

4   Dated:  August 10, 2012              ARNOLD & PORTER LLP

5                                        RONALD L. JOHNSTON

6                                        JOHN C. ULIN

                                     JAMES S. BLACKBURN

7

8                             By:

9                               JAMES S. BLACKBURN

10

11

12                             *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **JURY DEMAND**

Pursuant to Fed. R. Civ. Proc. 38(b), Plaintiffs hereby demand trial by jury of all issues so triable that are raised herein or which hereinafter may be raised in this action.

Dated:  August 10, 2012

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
JOHN C. ULIN
JAMES S. BLACKBURN

By: _James Black_

JAMES S. BLACKBURN

*Attorneys for Plaintiffs*

- 9 -

# EXHIBIT 1

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| THE OFFICE, "FUNDRAISER" PA 1-787-749 | 8/13/2012 | KNBC | UNIVERSAL NETWORK TELEVISION, LLC | EXHIBIT 2 |
| LAW & ORDER SVU, "MISSING PIECES" PA-1-757-894 | 8/15/2012 | KNBC | UNIVERSAL NETWORK TELEVISION, LLC | EXHIBIT 3 |
| LAW & ORDER SVU, "TRUE BELIEVERS" PA-1-765-799 | 8/22/2012 | KNBC | UNIVERSAL NETWORK TELEVISION, LLC | EXHIBIT 4 |
| 2012 LONDON OLYMPIC GAMES NBC NETWORK COVERAGE PRE000005766 | 8/9/2012 | KNBC | NBCUNIVERSAL MEDIA, LLC | EXHIBIT 5 |
| 2012 LONDON OLYMPIC GAMES NBC NETWORK COVERAGE PRE000005781 | 8/10/2012 | KNBC | NBCUNIVERSAL MEDIA, LLC | EXHIBIT 6 |
| 2012 LONDON OLYMPIC GAMES NBC NETWORK COVERAGE PRE000005784 | 8/10/2012 | KNBC | NBCUNIVERSAL MEDIA, LLC | EXHIBIT 7 |
| CHANNEL 4 NEWS AT 11PM | 8/13/2012 | KNBC | NBC SUBSIDIARY (KNBT-TV), INC. | EXHIBIT 8 |
| CHANNEL 4 NEWS AT 11PM | 8/13/2012 | KNBC | NBC SUBSIDIARY (KNBT-TV), INC. | EXHIBIT 8 |
| THE GAME PLAN - PA 1595275 | 8/11/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 9 |
| CASTLE "UNDEAD AGAIN" - PA 1789370 | 8/11/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 10 |
| GREY'S ANATOMY "FIRST CUT'S THE DEEPEST" (101) - PA 1268236 | 8/12/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 11 |
| BROTHERS AND SISTERS "SOMETHING IDA THIS WAY COMES" (115) - PA 1289136 | 8/12/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 12 |
| GREY'S ANATOMY "A HARD DAY'S NIGHT" (100) - PA 1268281 | 8/13/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 13 |

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| BROTHERS AND SISTERS "SEXUAL POLITICS" (114) - PA 1289137 | 8/13/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 14 |
| HAPPY ENDINGS "YESANDWITCH" - PA 1775953 | 8/14/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 15 |
| CASTLE "ALWAYS" PA 1794097 | 8/18/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 16 |
| GREY'S ANATOMY "WINNING A BATTLE, LOSING A WAR" (104) PA 1268282 | 8/19/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 17 |
| BROTHERS AND SISTERS "VALENTINE'S DAY MASSACRE" (116) PA 1365652 | 8/19/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 18 |
| HAPPY ENDINGS "THE CODE WAR" PA 1775959 | 8/21/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 19 |
| GREY'S ANATOMY "NO MAN'S LAND" (102) PA 1271889 | 8/26/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 20 |
| BROTHERS AND SISTERS "LOVE IS DIFFICULT" (117) PA 1365653 | 8/26/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 21 |
| AMERICA'S FUNNIEST HOME VIDEOS (2219) PA 1790058 | 8/26/2012 | KABC | AMERICAN BROADCASTING COMPANIES, INC. | EXHIBIT 22 |
| CSI: CRIME SCENE INVESTIGATION - FREAKS & GEEKS - #1206 | 8/2/2012 | KCBS | CBS BROADCASTING INC. | EXHIBIT 23 |
| CSI: NY - CRUSHED - # 807 | 8/10/2012 | KCBS | CBS BROADCASTING INC. | EXHIBIT 24 |
| BLUE BLOODS - SHOW # 216 - "WOMEN WITH GUNS" | 8/10/2012 | KCBS | CBS STUDIOS INC. | EXHIBIT 25 |

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-787-749**

**Effective date of registration:**

May 4, 2012

---

## Title

**Title of Work:** Fundraiser - (The Office)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 26, 2012          **Nation of 1st Publication:** United States

## Author

**Author:** Universal Network Television LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal Network Television LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** May 2, 2012

Exhibit 2                    Page 11 Page 1 of 1

**Registration #:** PA0001787749

**Service Request #:** 1-761150608



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

Exhibit 2                                    Page 12

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-757-894

**Effective date of registration:**

October 26, 2011

---

## Title

**Title of Work:** Missing Pieces - (Law & Order: Special Victims Unit)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 19, 2011   **Nation of 1st Publication:** United States

## Author

■ **Author:** Universal Network Television LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal Network Television LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** October 24, 2011

---

Exhibit 3                    Page 13 Page 1 of 1

**Registration #:**   PA0001757894
**Service Request #:**   1-677201623



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

Exhibit 3                    Page 14

# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-799

**Effective date of registration:**

November 16, 2011

---

## Title

**Title of Work:** True Believers - (Law & Order: Special Victims Unit)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 2, 2011    **Nation of 1st Publication:** United States

## Author

**Author:** Universal Network Television LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal Network Television LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** November 14, 2011

Exhibit 4                    Page 15   Page 1 of 1

**Registration #:**  PA0001765799
**Service Request #:**  1-686091798



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

Exhibit 4                                    Page 16

# EXHIBIT 5

**Morrow, Scott**

| | |
|---|---|
| From: | Copyright Office [cop-rc@loc.gov] |
| Sent: | Tuesday, August 07, 2012 3:52 PM |
| To: | Burchette, Pamela |
| Subject: | Notification from the Electronic Copyright Office (eCO) system |

This is to notify you that:

Preregistration has been completed for the work 2012 London Olympic Games NBC Network Coverage, August 9, 2012 under the number PRE000005766. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

When you complete the application for full registration, be sure to give the preregistration number PRE000005766 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000005766
Effective Date of Preregistration: 08/07/2012
Class(es) of Work: Motion Picture

Title: 2012 London Olympic Games NBC Network Coverage, August 9, 2012

Additional Title(s):

Author(s): International Olympic Committee; NBCUniversal Media, LLC

Claimant(s):

International Olympic Committee
NBCUniversal Media, LLC, 30 Rockefeller Plaza, #1087E, New York, NY, 10112

Description of the work: Track and Field - Qualifying Rounds; Women's Volleyball - Semifinal (LIVE); Women's Water Polo - Gold Medal Final (LIVE); Men's Beach Volleyball - Bronze Medal (LIVE); Canoeing - Sprint Gold Medal Final; Women's Swimming - Marathon; Track and Field - Gold Medal Finals: Men's 200M, Decathlon, Men's 800M, Men's Triple Jump; Women's Diving - Platform Gold Medal Final; Men's Beach Volleyball - Gold Medal Final; Men's Cycling - BMX Quarterfinals; Track and Field - Gold Medal Final; Gymnastics - Rhythmic Qualifying

Date on which creation commenced: 06/27/2012 (Approximately)
Date of anticipated completion: 08/09/2012
Date of anticipated publication: 08/09/2012

Application certified by: Gillian M. Lusins

[THREAD ID: 1-DBR2CS]

United States Copyright Office

# EXHIBIT 6

**Morrow, Scott**

| | |
|---|---|
| From: | Copyright Office [cop-rc@loc.gov] |
| Sent: | Thursday, August 09, 2012 11:44 AM |
| To: | Burchette, Pamela |
| Subject: | Notification from the Electronic Copyright Office (eCO) system |

This is to notify you that:

   Preregistration has been completed for the work 2012 London Olympic Games NBC Network Coverage, August 10, 2012 under the number PRE000005781. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

   This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

   Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

   When you complete the application for full registration, be sure to give the preregistration number PRE000005781 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000005781
Effective Date of Preregistration: 08/08/2012
Class(es) of Work: Motion Picture

Title: 2012 London Olympic Games NBC Network Coverage, August 10, 2012

Additional Title(s):

Author(s): International Olympic Committee; NBCUniversal Media, LLC

Claimant(s):

   International Olympic Committee
   NBCUniversal Media, LLC, 30 Rockefeller Plaza, #1087E, New York, NY, 10112

Description of the work: Men's Water Polo - Semifinal (LIVE); Gymnastics - Rhythmic Qualifying; Synchronized Swimming - Team Gold Medal Final; Wrestling - Freestyle Gold Medal Finals (LIVE); Men's Swimming - Marathon; Canoeing - Sprint Qualifying Heats; Track and Field - Gold Medal Finals: Men's 4 x 400M Relay, Men's Pole Vault, Women's 4 x 100M Relay, Women's 1500M; Men's Diving - Platform Qualifying Round; Cycling - BMX Gold Medal Finals; Track and Field - Gold Medal Finals; Men's Water Polo - Semifinal

Date on which creation commenced: 06/27/2012 (Approximately)
Date of anticipated completion: 08/10/2012
Date of anticipated publication: 08/10/2012

Application certified by: Gillian M. Lusins

[THREAD ID: 1-DCB635]

United States Copyright Office

# EXHIBIT 7

**Morrow, Scott**

| | |
|---|---|
| From: | Copyright Office [cop-rc@loc.gov] |
| Sent: | Friday, August 10, 2012 1:07 PM |
| To: | Burchette, Pamela |
| Subject: | Notification from the Electronic Copyright Office (eCO) system |

This is to notify you that:

   Preregistration has been completed for the work 2012 London Olympic Games NBC Network Coverage, August 11, 2012 under the number PRE000005784. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

   This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

   Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

   When you complete the application for full registration, be sure to give the preregistration number PRE000005784 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000005784
Effective Date of Preregistration: 08/09/2012
Class(es) of Work: Motion Picture

Title: 2012 London Olympic Games NBC Network Coverage, August 11, 2012

Additional Title(s):

Author(s): International Olympic Committee; NBCUniversal Media, LLC

Claimant(s):

   International Olympic Committee
   NBCUniversal Media, LLC, 30 Rockefeller Plaza, #1087E, New York, NY, 10112

Description of the work: Women's Basketball - Gold Medal Final (LIVE); Gymnastics - Rhythmic Gold Medal Final; Women's Cycling - Mountain Bike Gold Medal Final; Women's Volleyball - Bronze Medal; Wrestling - Freestyle Semifinals; Canoeing - Sprint Gold Medal Finals; Track and Field - Gold Medal Finals: Men's 4 x 100M Relay, Men's 5000M, Men's Javelin, Women's 4 x 400M Relay, Women's 800M, Women's High Jump; Men's Diving - Platform Gold Medal Final; Women's Volleyball - Gold Medal Final; Wrestling - Freestyle Gold Medal Finals

Date on which creation commenced: 06/27/2012 (Approximately)
Date of anticipated completion: 08/11/2012
Date of anticipated publication: 08/11/2012

Application certified by: Gillian M. Lusins

[THREAD ID: 1-DCO96Z]

United States Copyright Office

# EXHIBIT 8

**Daniel M. Kummer**
Vice President, Litigation
& Content Protection
Law Department

30 Rockefeller Plaza
New York, NY 10112-0002

+1 212 664 4017  Tel
+1 212 664 6572  Fax
daniel.kummer@nbcuni.com

# NBCUniversal

August 10, 2012

## VIA FIRST CLASS MAIL, FACSIMILE and EMAIL

To:  Aereokiller LLC
BarryDriller Content Systems Plc
BarryDriller, Inc.
Barry.Driller.com
c/o Toby Butterfield, Esq.
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, New York 10022
          -and-
copyright@BarryDriller.com.

## ADVANCE NOTICE OF POTENTIAL INFRINGEMENT

On behalf of NBC Subsidiary (KNBC-TV) LLC ("Owner") we submit this advance notice of potential infringement pursuant to Section 411(c) (formerly 411(b)) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22 (2009).

Owner owns and operates the television station identified by the call letters KNBC, the signal of which is broadcast to viewers over-the-air on channel 4 in the Los Angeles market.  Next week, KNBC will telecast the following programs:

| Program | Date | Time (Pacific Standard Time) |
|---|---|---|
| Channel 4 News at 11pm | August 13, 2012 | 11:00 p.m. – 11:30 p.m. |
| Channel 4 News at 11pm | August 15, 2012 | 11:00 p.m. – 11:30 p.m. |

Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission.  Owner, which will be considered the author of these works upon their fixation, intends to secure a copyright in these telecasts upon their fixation and to file an application for copyright registration in such telecasts within three months of their first transmission.

Exhibit 8                                        Page 23

Aereokiller llc
August 10, 2012
Page 2

   Your streaming, over the Internet, of these telecasts to subscribers from the website located at www.BarryDriller.com or any other website owned or controlled by you, would, if carried out, result in an infringement of the copyright in such telecasts.  Owner objects to such activities which, if carried out, would subject you to liability for copyright infringement.  In view of this notice, such infringement would be willful.

   This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims and remedies available to Owner, whether legal or equitable in nature, all of which are expressly reserved.

Sincerely,

Daniel M. Kummer

Exhibit 8                                                    Page 24

# EXHIBIT 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-595-275

**Effective date of
registration:**

January 2, 2008

## Title

| | |
|---|---|
| **Title of Work:** | THE GAME PLAN |
| **Nature of Work:** | Motion Picture |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | September 28, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Monkey Dance Productions, Inc. |
| **Author Created:** | Motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | DISNEY ENTERPRISES, INC. |
| | 500 S. Buena Vista St., Burbank, CA 91521 |
| **Transfer Statement:** | Agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based and incorporates elements from a preexisting screenplay entitled THE GAME PLAN. |
| **Previously registered:** | No |
| **New material included in claim:** | New cinematographic material. |

## Certification

Exhibit 9

Page 1 of 2
Page 25

**Name:** Gary Lim

**Date:** October 1, 2007

Exhibit 9

Page 2 of 2
Page 26

IPN#:

Registration #:   PA0001595275

Service Request #:   1-52770033

The Walt Disney Company
Gary Lim
500 S. Buena Vista St., 80767
Burbank, CA 91521-0635

Exhibit 9

# EXHIBIT 10

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-789-370

**Effective date of registration:**

May 18, 2012

## Title

**Title of Work:** CASTLE "UNDEAD AGAIN" (422)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 30, 2012      **Nation of 1st Publication:** United States

## Author

■ **Author:** ABC Studios

**Author Created:** Entire motion picture.

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.

500 S. Buena Vista St., Burbank, CA. 91521, United States

**Transfer Statement:** Assignment

## Certification

**Name:** Thad Scroggins

**Date:** May 10, 2012

**Applicant's Tracking Number:** 99978

Exhibit 10      Page 28   Page 1 of 1

Registration #:  PA0001789370
Service Request #:  1-765226004



The Walt Disney Company
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635  United States

Exhibit 10                                           Page 29

# EXHIBIT 11

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-268-236**

EFFECTIVE DATE OF REGISTRATION

Apr 12 2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼

GREY'S ANATOMY "FIRST CUT'S THE DEEPEST" #101

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

---

**2**
**a** NAME OF AUTHOR ▼

Touchstone Television Productions, LLC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2005   ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 4   Day ▶ 3   Year ▶ 2005
USA   ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES, INC
500 S Buena Vista St, Burbank, CA 91521

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
APR 12 2005
ONE DEPOSIT RECEIVED
APR 12 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

Exhibit 11   Page 302

EXAMINED BY ____

CHECKED BY ____

FORM PA

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼ If your answer is  no   go to space 7

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

a
**6**
b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.

Name ▼                                                              Account Number ▼

Buena Vista Copyright Services                        DA 014273

a
**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Gary Lim - The Walt Disney Company
500 S  Buena Vista St
Burbank, CA  91521-0635

b

Area code and daytime telephone number ▶ ( 818  ) 560 1412          Fax number ▶ ( 818  ) 562-3103

Email ▶ gary lim@disney com

**CERTIFICATION*** I  the undersigned  hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Claimant
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Gary Y  Lim                                              Date ▶ 04/11/05

Handwritten signature (X) ▼

☞          X

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
The Walt Disney Company   c/o Gary Y  Lim
Number/Street/Apt ▼
500 S  Buena Vista St
City/State/ZIP ▼
Burbank, CA  91521-0635

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application  shall be fined not more than $2,500

June 1999—300 000
WEB  REV June 1999

Exhibit 11                         ☆U S  GOVERNMENT PRINTING OFFICE  1999 454-879/69

⊕ PRINTED ON RECYCLED PAPER

Page 31

69978

# EXHIBIT 12

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-289-136**

REC

PA            PAU

EFFECTIVE DATE OF REGISTRATION

2 - 2 - 07

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BROTHERS & SISTERS "SOMETHING IDA THIS WAY COMES" (115)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Motion Picture

## 2

**a** NAME OF AUTHOR ▼

Touchstone Television Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2007   Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 1   Day 21   Year 2007
U.S.A.   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES, INC
500 S. Buena Vista St., Burbank, CA 91521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

See instructions before completing this space.

APPLICATION RECEIVED
FEB 0 2 2007
ONE DEPOSIT RECEIVED
FEB 0 2 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a**

**6**

See instructions
before completing
this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                Account Number ▼

Buena Vista Copyright Services              DA 014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / ZIP ▼

Thad Scroggins - The Walt Disney Company
500 S. Buena Vista St.
Burbank, CA 91521-0635

**b**

Area code and daytime telephone number  ( 818  ) 560-2118          Fax number  ( 818  ) 562-3103

Email  thad.scroggins@disney.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Clamaint

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thad Scroggins                                      Date  January 25, 2007

Handwritten signature (X) ▼

☞  x _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
The Walt Disney Company - Attn: Thad Scroggins          76721

Number/Street/Apt ▼
500 South Buena Vista Street

City/State/ZIP ▼
Burbank, CA 91521-0635

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Exhibit 12                                                                 Page 33

Rev. June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20.021

# EXHIBIT 13

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

R   **PA 1-268-281**

EFFECTIVE DATE OF REGISTRATION

Apr 12 2005

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

GREY'S ANATOMY "A HARD DAY'S NIGHT"  PILOT

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

**2**

**a** NAME OF AUTHOR ▼

Touchstone Television Productions, LLC

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005  ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ 3  Day ▶ 27  Year ▶ 2005
USA  ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES INC
500 S. Buena Vista St., Burbank, CA. 91521

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
APR 12 2005
ONE DEPOSIT RECEIVED
APR 12 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions.  Sign the form at line 8.

Exhibit 15                    Page 34

DO NOT WRITE HERE

Page ___ of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box) ▼ If your answer is  no   go to space 7

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes   give  **Previous Registration Number** ▼                       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

**Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                                           Account Number ▼

Buena Vista Copyright Services                    DA 014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Gary Lim - The Walt Disney Company
500 S  Buena Vista St
Burbank, CA  91521-0635

**b**

Area code and daytime telephone number ▶ ( 818 ) 560 1412              Fax number ▶ ( 818  ) 562 3103

Email ▶ gary lim@disney com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ▶   ☐ author
                    ☐ other copyright claimant
                    ☐ owner of exclusive right(s)
                    ☑ authorized agent of   Claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Gary Y  Lim                                                                    Date ▶  04/11/05

Handwritten signature (X) ▼

☞        x

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
The Walt Disney Company  c/o Gary Y Lim
Number/Street/Apt ▼
500 S  Buena Vista St.
City/State/ZIP ▼
Burbank, CA  91521-0635

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington D C  20559-6000

As of July 1  1999,
the filing fee for
Form PA is $30

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in
connection with the application  shall be fined not more than $2,500

June 1999—300,000                                  ☼ PRINTED ON RECYCLED PAPER                                  ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/58
WEB REV June 1999

Exhibit 13                                                                    Page 35

# EXHIBIT 14

## Certificate of Registrati



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

REGI **PA 1-289-137**

PA
EFFECTIVE DATE OF REGISTRATION

2-2-07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

BROTHERS & SISTERS "SEXUAL POLITICS" (114)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Motion Picture

---

**2**

**a** NAME OF AUTHOR ▼

Touchstone Television Productions, LLC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2007

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month 1    Day 14    Year 2007
U.S.A.    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES, INC
500 S. Buena Vista St., Burbank, CA 91521

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

See instructions before completing this space.

APPLICATION RECEIVED
FEB 0 2 2007
ONE DEPOSIT RECEIVED
FEB 0 2 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                          **Account Number** ▼

Buena Vista Copyright Services                                DA 014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

Thad Scroggins - The Walt Disney Company
500 S. Buena Vista St.
Burbank, CA  91521-0635

**b**

Area code and daytime telephone number  ( 818  ) 560-2118      Fax number  ( 818  ) 562-3103

Email  thad.scroggins@disney.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Clamaint

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thad Scroggins                                              Date  January 25, 2007

Handwritten signature (X) ▼

x _[signature]_

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼

The Walt Disney Company - Attn: Thad Scroggins          76720

**Number/Street/Apt** ▼

500 South Buena Vista Street

**City/State/ZIP** ▼

Burbank, CA  91521-0635

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev June 2002   ♻ Printed on recycled paper

**Exhibit 14**

**Page 37**

U.S. Government Printing Office: 2000-461-113/20,021

# EXHIBIT 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-775-953

**Effective date of
registration:**

January 4, 2012

---

## Title

**Title of Work:** HAPPY ENDINGS "YESANDWITCH" (203)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 12, 2011       **Nation of 1st Publication:** United States

## Author

■     **Author:** ABC Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

■     **Author:** Sony Pictures Television Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.

500 S. Buena Vista St., Burbank, CA, 91521, United States

**Transfer Statement:** Assignment

**Copyright Claimant:** SONY PICTURES TELEVISION INC.

10202 West Washington Blvd., Culver City, CA, 90232, United States

## Certification

**Name:** Thad Scroggins

**Date:** December 29, 2011

**Applicant's Tracking Number:** 94725

Exhibit 15                                      Page 38   Page 1 of 2

Registration #:   PA0001775953
Service Request #:   1-704421935

0000PA0001775953020Z

The Walt Disney Company
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635  United States

Exhibit 15                                    Page 39

# EXHIBIT 16

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-794-097**

Effective date of
registration:

June 25, 2012

## Title

**Title of Work:** CASTLE "ALWAYS" (423)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 7, 2012    **Nation of 1st Publication:** United States

## Author

**Author:** ABC Studios

**Author Created:** Entire motion picture.

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.

500 S. Buena Vista St., Burbank, CA, 91521, United States

**Transfer Statement:** Assignment

## Certification

**Name:** Thad Scroggins

**Date:** May 25, 2012

**Applicant's Tracking Number:** 100335

Exhibit 16

Page 40 Page 1 of 1

The Walt Disney Company
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635  United States



*Service Request #:* 1-772314911

*Registration #:* PA0001794097

# EXHIBIT 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REC **PA 1-268-282**

EFFE. E DATE OF REGISTRATION
APR 12 2005
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS WORK ▼**
GREY'S ANATOMY "WINNING A BATTLE LOSING THE WAR" #104

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
Motion Picture

---

**2**   **a**   **NAME OF AUTHOR ▼**
Touchstone Television Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**   **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 4   Day ▶ 10   Year ▶ 2005
USA   ◀ Nation

---

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
TOUCHSTONE TELEVISION an alternate designation of
DISNEY ENTERPRISES INC
500 S Buena Vista St, Burbank CA 91521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

**APPLICATION RECEIVED**
APR 12 2005
**ONE DEPOSIT RECEIVED**
APR 12 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-11) on the reverse side of this page.   See detailed instructions.   Sign the form at line 8

Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑No If your answer is Yes why is another registration being sought? (Check appropriate box.) ▼ If your answer is no go to space 7

a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6** a

b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼         Account Number ▼

Buena Vista Copyright Services        DA 014273

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Gary Lim - The Walt Disney Company
500 S Buena Vista St
Burbank, CA 91521-0635

b

Area code and daytime telephone number ▶ ( 818 ) 560 1412      Fax number ▶ ( 818 ) 562 3103
Email ▶ gary.lim@disney.com

**CERTIFICATION** I the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Gary Y Lim             Date ▶ 04/11/05

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
The Walt Disney Company   c/o Gary Y Lim
Number/Street/Apt ▼
500 S Buena Vista St
City/State/ZIP ▼
Burbank, CA 91521-0635

**9**

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500
June 1999—200 000
WEB REV June 1999

♻ PRINTED ON RECYCLED PAPER    *U S GOVERNMENT PRINTING OFFICE

Exhibit 17

Page 61

68979

# EXHIBIT 18

# Certificate of Registratio



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**

PA 1—365—652

PA                    PAU

**EFFECTIVE DATE OF REGISTRATION**

2 - 28 - 07

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BROTHERS & SISTERS "VALENTINE'S DAY MASSACRE" (116)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**

Touchstone Television Productions, LLC

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country |
|---|---|
| ☑ Yes | OR { Citizen of _____ |
| ☐ No | Domiciled in U.S.A. |

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country |
|---|---|
| ☐ Yes | OR { Citizen of _____ |
| ☐ No | Domiciled in _____ |

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country |
|---|---|
| ☐ Yes | OR { Citizen of _____ |
| ☐ No | Domiciled in _____ |

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 2    Day 11    Year 2007
U.S.A.      Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES, INC
500 S. Buena Vista St., Burbank, CA 91521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

FEB 2 8 2007   APPLICATION RECEIVED

FEB 2 8 2007   ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

Exhibit 18                    Page 44

| EXAMINED BY $\mathcal{M}$ | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| | ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

*See instructions before completing this space.*

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

Buena Vista Copyright Services                      DA 014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

Thad Scroggins - The Walt Disney Company
500 S. Buena Vista St.
Burbank, CA 91521-0635

**b**

Area code and daytime telephone number  ( 818  ) 560-2118          Fax number  ( 818  ) 562-3103

Email thad.scroggins@disney.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Claimant

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thad Scroggins                                      Date  February 26, 2007

Handwritten signature (X) ▼

x

| Certificate will be mailed in window envelope to this address: | Name ▼ The Walt Disney Company - Attn: Thad Scroggins     76722 | **9** |
| --- | --- | --- |
| | Number/Street/Apt ▼ 500 South Buena Vista Street | |
| | City/State/ZIP ▼ Burbank, CA 91521-0635 | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ● Printed on recycled paper

Exhibit 18                                      U.S. Government Printing Office 2000 021          Page 45

# EXHIBIT 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-775-959

**Effective date of registration:**

January 4, 2012

---

## Title

**Title of Work:** HAPPY ENDINGS "THE CODE WAR" (208)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 16, 2011   **Nation of 1st Publication:** United States

## Author

■ **Author:** ABC Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

■ **Author:** Sony Pictures Television Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.

500 S. Buena Vista St., Burbank, CA, 91521, United States

**Transfer Statement:** Assignment

**Copyright Claimant:** SONY PICTURES TELEVISION INC.

10202 West Washington Blvd., Culver City, CA, 90232, United States

## Certification

**Name:** Thad Scroggins

**Date:** December 29, 2011

**Applicant's Tracking Number:** 98303

Exhibit 19                    Page 46   Page 1 of 2

**Registration #:**   PA0001775959
**Service Request #:**   1-704422070



The Walt Disney Company
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635  United States

Exhibit 19                                          Page 47

# EXHIBIT 20

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For
UN
RE

**PA 1–271–889**

(PA)     PAU

**EFFECTIVE DATE OF REGISTRATION**

**APR 27 2005**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

GREY'S ANATOMY "NO MAN'S LAND" #102

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

**2**

**a**   **NAME OF AUTHOR ▼**

Touchstone Television Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 4   Day ▶ 17   Year ▶ 2005
USA   ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES INC
500 S. Buena Vista St., Burbank, CA 91521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

**APPLICATION RECEIVED**
APR 27 2005
**ONE DEPOSIT RECEIVED**
APR 27 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY  $\partial p \omega$ | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒No  If your answer is  Yes   why is another registration being sought? (Check appropriate box.) ▼ If your answer is  no   go to space 7

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                      Account Number ▼

Buena Vista Copyright Services                    DA 014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Gary Lim - The Walt Disney Company
500 S  Buena Vista St
Burbank, CA  91521-0635

**b**

Area code and daytime telephone number ▶ ( 818  ) 560 1412          Fax number ▶ ( 818   ) 562 3103

Email ▶ gary lim@disney com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Gary Y  Lim                                            Date ▶  04/25/05

Handwritten signature (X) ▼

☞        x

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>The Walt Disney Company   c/o Gary Y  Lim<br><br>Number/Street/Apt ▼<br>500 S  Buena Vista St<br><br>City/State/ZIP ▼<br>Burbank, CA  91521-0635 | Complete all necessary spaces<br>Sign your application in space 8<br><br>1  Application form<br>2  Nonrefundable filing fee in check or money<br>    order payable to Register of Copyrights<br>3  Deposit material<br><br>Library of Congress<br>Copyright Office<br>101 Independence Avenue  S E<br>Washington  D C  20559-6000 | **9** |

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in
connection with the application  shall be fined not more than $2 900

June 1999—200 000
WEB REV  June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/69

Exhibit 20                                                    PAGE 249

69980

# EXHIBIT 21

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**

**PA 1-365-653**

(PA)    PAU
EFFECTIVE DATE OF REGISTRATION

2 · 28 · 07

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BROTHERS & SISTERS "LOVE IS DIFFICULT" (117)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Motion Picture

## 2

**a** **NAME OF AUTHOR ▼**
Touchstone Television Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of _____
Domiciled in U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007  Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 2  Day 16  Year 2007
U.S.A.  Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOUCHSTONE TELEVISION an alternate designation of
DISNEY ENTERPRISES, INC
500 S. Buena Vista St., Burbank, CA 91521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
FEB 2 8 2007
ONE DEPOSIT RECEIVED
FEB 2 8 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

Exhibit 21    Page 50

| EXAMINED BY  Ω2v | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE  ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**  **a**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                        Account Number ▼

**7**  **a**

Buena Vista Copyright Services                                DA 014273

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

**b**

Thad Scroggins - The Walt Disney Company
500 S. Buena Vista St.
Burbank, CA  91521-0635

Area code and daytime telephone number   ( 818  ) 560-2118              Fax number  ( 818  ) 562-3103
Email  thad.scroggins@disney.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Claimant**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Thad Scroggins                                               Date  February 26, 2007

Handwritten signature (X) ▼
☞   x  _signature_

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼  The Walt Disney Company - Attn: Thad Scroggins        76723  Number/Street/Apt ▼  500 South Buena Vista Street  City/State/ZIP ▼  Burbank, CA  91521-0635 | • Complete all necessary spaces  • Sign your application in space 8  SEND ALL 3 ELEMENTS IN THE SAME PACKAGE  1. Application form  2. Nonrefundable filing fee in check or money order payable to Register of Copyrights  3. Deposit material  MAIL TO:  Library of Congress  Copyright Office  101 Independence Avenue, S.E.  Washington, D.C. 20559-6000 | Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000. |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT 22

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-790-058

**Effective date of
registration:**

May 22, 2012

## Title

**Title of Work:** AMERICA'S FUNNIEST HOME VIDEOS (2219)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 29, 2012     **Nation of 1st Publication:** United States

## Author

■   **Author:** American Broadcasting Companies, Inc.

**Author Created:** All other cinematographic material.

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** AMERICAN BROADCASTING COMPANIES, INC.

77 West 66th Street, New York, NY, 10023, United States

## Limitation of copyright claim

**Material excluded from this claim:** Contains preexisting video footage.

**New material included in claim:** All other cinematographic material.

## Certification

**Name:** Thad Scroggins

**Date:** May 10, 2012

**Applicant's Tracking Number:** 98380

Exhibit 22       Page 52   Page 1 of 1

Registration #:   PA0001790058
Service Request #:   1-765272959



American Broadcasting Companies, Inc.
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635  United States

Exhibit 22

# EXHIBIT 23

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-816

**Effective date of
registration:**

November 16, 2011

---

## Title

**Title of Work:** CSI: CRIME SCENE INVESTIGATION - Freaks & Geeks - #1206

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 2, 2011        **Nation of 1st Publication:** United States

## Author

■        **Author:** CBS Broadcasting Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

■        **Author:** Entertainment AB Funding LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** CBS Broadcasting Inc.

51 West 52nd Street, New York, NY, 10019, United States

**Copyright Claimant:** Entertainment AB Funding LLC

85 Broad Street, New York, NY, 10004, United States

## Rights and Permissions

**Organization Name:** CBS Broadcasting Inc.

**Name:** Thomas Lane

**Email:** thomas.lane@cbs.com        **Telephone:** 818-655-1649

**Address:** 4024 Radford Avenue

Carpenter Building

Studio City, CA 91604 United States

Page 1 of 2

Exhibit 23        Page 54

**Certification** ──────────────────────────────────

      **Name:**  Thomas Lane

      **Date:**  November 28, 2011

Exhibit 23                    Page 55

**Registration #:**  PA0001765816
**Service Request #:**  1-684156284



CBS Broadcasting Inc.
Denise Lopez
4024 Radford Avenue
Carpenter Building
Studio City, CA 91604  United States

Exhibit 23                    Page 56

# EXHIBIT 24

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-768-719**

Effective date of registration:

November 28, 2011

### Title

Title of Work: CSI: NY - Crushed - #807

### Completion/Publication

Year of Completion: 2011

Date of 1st Publication: November 4, 2011        Nation of 1st Publication: United States

### Author

■        Author: CBS Broadcasting Inc.

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States

■        Author: Entertainment AB Funding LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States

### Copyright claimant

Copyright Claimant: CBS Broadcasting Inc.

51 West 52nd Street, New York, NY, 10019, United States

Copyright Claimant: Entertainment AB Funding LLC

85 Broad Street, New York, NY, 10004, United States

### Rights and Permissions

Organization Name: CBS Broadcasting Inc.

Name: Thomas Lane

Email: thomas.lane@cbs.com        Telephone: 818-655-1649

Address: 4024 Radford Avenue

Carpenter Building

Studio City, CA 91604 United States

Page 1 of 2

Exhibit 24        Page 57

Registration #:  PA0001768719
Service Request #:  1-691359170

CBS Broadcasting Inc.
Denise Lopez
4024 Radford Avenue
Carpenter Building
Studio City, CA 91604  United States

Exhibit 24                                      Page 58

# EXHIBIT 25

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-783-955

**Effective date of registration:**

April 17, 2012

---

## Title

**Title of Work:** BLUE BLOODS - Show # 216 "Women With Guns"

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** March 1, 2012          **Nation of 1st Publication:** United States

## Author

■   **Author:** CBS Studios Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CBS Studios Inc.

4024 Radford Ave., Admin Building, Room 390G, Studio City, CA, 91604, United States

## Certification

**Name:** Lura Burton

**Date:** April 10, 2012

Page 1 of 1

Exhibit 25                    Page 59

Registration #:  PA0001783955

Service Request #:  1-750939663



Youngblood Group
Juliette Youngblood
3000 Olympic Blvd.
Suite 2520
Santa Monica, CA 90404  United States

Exhibit 25                    Page 60

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV12- 6950 GW (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

ARNOLD & PORTER LLP
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC, UNIVERSAL NETWORK TELEVISION, LLC, NBC SUBSIDIARY (KNBC-TV) LLC, AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., and CBS STUDIOS INC., <br><br> PLAINTIFF(S) <br><br> v. <br><br> BARRY DRILLER, INC., BARRY DRILLER CONTENT SYSTEMS, PLC, AND DOES 1-10 <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV12-06950 GW(Ex) <br><br><br> **SUMMONS** |

TO:     DEFENDANT(S):  BARRY DRILLER, INC., BARRY DRILLER CONTENT SYSTEMS, PLC, AND DOES 1-10

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ or motion must be served on the plaintiff's attorney, _____ James S. Blackburn _____, whose address is Arnold & Porter LLP, 777 S. Figueroa St., 44th Floor, Los Angeles, CA, 90017-5844      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 13 2012

Clerk, U.S. District Court

Dated: _____

By: _____
JULIE PRADO
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>NBCUNIVERSAL MEDIA, LLC, UNIVERSAL NETWORK TELEVISION, LLC,<br>NBC SUBSIDIARY (KNBC-TV) LLC, AMERICAN BROADCASTING<br>COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING<br>INC., and CBS STUDIOS INC., | **DEFENDANTS**<br>BARRY DRILLER, INC, BARRY DRILLER CONTENT SYSTEMS, PLC<br>AND DOES 1-10 |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** To be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act (copyright infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number:    CV12-06950

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or ☒No ☐Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒Yes
If yes, list case number(s): CV-12-6921 (ABC)(Cx)(CD.CA)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | New York, Delaware |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Delaware, Britain |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _James Black_    Date August 10, 2012

   **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |