CONFIRMATION COPY

FILED
CLERK, U.S. DISTRICT COURT

DEC – 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1   RONALD L. JOHNSTON (State Bar No. 57418)
    Ronald.Johnston@aporter.com
2   JOHN C. ULIN (State Bar No. 165524)
    John.Ulin@aporter.com
3   JAMES S. BLACKBURN (State Bar No. 169134)
    James.Blackburn@aporter.com
4   ARNOLD & PORTER LLP
5   777 South Figueroa Street, 44th Floor
    Los Angeles, California 90017-5844
6   Telephone: (213) 243-4000
7   Facsimile: (213) 243-4199

8   *Attorneys for Plaintiffs*

9               UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11                   WESTERN DIVISION

| | |
|---|---|
| 12  NBCUNIVERSAL MEDIA, LLC, ) | Case No. 2:12-cv-06950-GW-JCx |
| UNIVERSAL NETWORK ) | |
| 13  TELEVISION, LLC, ) | **SECOND AMENDED COMPLAINT** |
| OPEN 4 BUSINESS PRODUCTIONS ) | **FOR DAMAGES AND** |
| 14  LLC, ) | **PRELIMINARY AND** |
| NBC SUBSIDIARY (KNBC-TV) LLC, ) | **PERMANENT INJUNCTIVE** |
| 15  TELEMUNDO NETWORK GROUP ) | **RELIEF** |
| LLC, ) | |
| 16  WNJU-TV BROADCASTING LLC, ) | |
| AMERICAN BROADCASTING ) | **DEMAND FOR JURY TRIAL** |
| 17  COMPANIES, INC., ) | |
| ABC HOLDING COMPANY INC., ) | |
| 18  DISNEY ENTERPRISES, INC., ) | |
| 19  CBS BROADCASTING INC., ) | |
| CBS STUDIOS INC., and ) | |
| 20  BIG TICKET TELEVISION, INC., ) | |
| 21          Plaintiffs, ) | |
| 22 ) | |
| 23      v. ) | |
| 24  AEREOKILLER, LLC, FILMON.TV, ) | |
| INC., FILMON.TV NETWORKS, ) | |
| 25  INC., FILMON.COM, INC., and ) | |
| JOHN DOES 1-10, ) | |
| 26 ) | |
| 27          Defendants. ) | |
| 28 | |

1    Plaintiffs NBCUniversal Media, LLC, Universal Network Television, LLC,

2 Open 4 Business Productions LLC, NBC Subsidiary (KNBC-TV) LLC, Telemundo

3 Network Group LLC, WNJU-TV Broadcasting LLC, American Broadcasting

4 Companies, Inc., ABC Holding Company Inc., Disney Enterprises, Inc., CBS

5 Broadcasting Inc., CBS Studios Inc., and Big Ticket Television, Inc. (collectively

6 "Plaintiffs"), by their attorneys, complain and allege against defendants Aereokiller,

7 LLC, FilmOn.TV, Inc., FilmOn.TV Networks, Inc., FilmOn.com, Inc., and John

8 Does 1-10 (collectively, "Defendants"), as follows:

9                              **NATURE OF THE ACTION**

10        1.     On or about August 7, 2012, Defendants began  streaming over the

11 Internet numerous television broadcast stations and the copyrighted programming on

12 those stations, including stations licensed by the Federal Communications

13 Commission to serve the Los Angeles market – all without the consent of the affected

14 stations or copyright owners.  The purpose of this action is to restrain Defendants

15 from exploiting without authorization, and violating Plaintiffs' rights in, some of the

16 most valuable intellectual property created in the United States.

17        2.     Defendants offer and sell, or have offered and sold, online access, via the

18 websites www.barrydriller.com, www.filmonx.com, and www.filmon.com, to the

19 broadcasts of television stations owned by Plaintiffs and others and to stations on

20 which the Plaintiffs' copyrighted programming is televised.  Defendants are

21 providing this commercial service featuring Plaintiffs' programming without the

22 authorization of any of the affected stations or copyright owners.

23        3.     Unless restrained by this Court, the loss of control over the distribution

24 of Plaintiffs' broadcast signals and copyrighted programming, the preemption of

25 Plaintiffs' opportunities to license content over new media, and the other unlawful

26 conduct contemplated by Defendants threatens Plaintiffs with substantial

27 irremediable losses.

28

1    4.    Plaintiffs ask that the Court preliminarily and permanently enjoin

2  Defendants' unlawful conduct and award damages arising out of Defendants'

3  unlawful conduct.

**JURISDICTION AND VENUE**

4

5    5.    This action arises under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

6    6.    This Court has exclusive subject matter jurisdiction under 28 U.S.C.

7  §§ 1331 and 1338, with respect to Plaintiffs' copyright claims.

8    7.    Defendants transact business in this judicial district over the Internet.

9  They operate interactive websites, located at www.barrydriller.com,

10  www.filmonx.com, and www.filmon.com, which offer or have offered goods and

11  services to users in this district and elsewhere.

12    8.    Venue is properly laid in this district under 28 U.S.C. §§ 1391 (b) and

13  (c) and 1400 (a).

**THE PARTIES**

14

15    9.    Plaintiff NBCUniversal Media LLC ("NBCUniversal") is a Delaware

16  limited liability company with its principal place of business at 30 Rockefeller Plaza,

17  New York, New York.  NBCUniversal is actively engaged, among other things, in

18  the production and distribution of television programs and other copyrighted works,

19  including programs NBCUniversal transmits to broadcast television stations in the

20  United States that it owns and operates, and numerous other stations that are affiliated

21  with the NBC Television Network, which is also owned and operated by

22  NBCUniversal.  NBCUniversal grants these stations the right to broadcast

23  programming within their communities of license.  The FCC has licensed

24  NBCUniversal to operate the television station identified by the call letters WNBC-

25  TV ("WNBC"), the signal of which is broadcast to viewers over-the-air in the New

26  York City market. Cable systems, satellite services and other multichannel video

27  programming distributors also make WNBC transmissions available to their

28  subscribers upon negotiating for the right to do so under Section 325 of the

Communications Act, 47 U.S.C. § 325. NBCUniversal licenses its copyrighted works to various media outlets in the United States and elsewhere. NBCU is also the exclusive licensee of the International Olympic Committee for exhibition of the 2012 Olympic Games in the United States and its territories and possessions, excluding Puerto Rico, via broadcast, cable and satellite television, the Internet, and other distribution platforms.

10.     Plaintiff Universal Network Television LLC ("UNT") is a Delaware limited liability company with its principal place of business at 100 Universal City Plaza, Universal City, California, and is an indirect wholly-owned subsidiary of plaintiff NBCUniversal Media, LLC. UNT is actively engaged in the production and licensed distribution of television programs, including programs that are transmitted to numerous broadcast stations in the United States affiliated with the NBC Television Network and distributed elsewhere in the world.

11.     Plaintiff Open 4 Business Productions LLC ("O4B") is a Delaware limited liability company with its principal place of business at 100 Universal City Plaza, Universal City, California and is an indirect wholly-owned subsidiary of plaintiff NBCUniversal Media, LLC. O4B is actively engaged in the production and licensed distribution of television programs, including programs that are transmitted to numerous broadcast stations in the United States affiliated with the NBC Television Network and distributed elsewhere in the world.

12.     Plaintiff NBC Subsidiary (KNBC-TV) LLC ("KNBC") is a Delaware limited liability company with its principal place of business at 3000 W. Alameda Ave., Burbank, California. KNBC owns and operates the television station KNBC-TV, an FCC-licensed broadcast station that broadcasts to viewers over-the-air on channel 4 in the Los Angeles market. KNBC is actively engaged, among other things, in the production and distribution of television programs and other copyrighted works, including local news programming. Cable systems, satellite services and other multichannel video programming distributors also make KNBC

- 3 -

transmissions available to their subscribers upon negotiating for the right to do so under Section 325 of the Communications Act, 47 U.S.C. § 325.

13.     Plaintiff Telemundo Network Group LLC ("Telemundo") is a Delaware limited liability company with its principal place of business at 2290 West 8th Avenue, Hialeah, Florida, and is a wholly-owned subsidiary of plaintiff NBCUniversal. Telemundo is, among other things, actively engaged in the production and licensed distribution of Spanish-language television programs, including programs that are transmitted to numerous broadcast stations in the United States affiliated with the Telemundo Network and distributed elsewhere in the world.

14.     Plaintiff WNJU-TV Broadcasting LLC ("WNJU-TV") is a Delaware corporation with its principal place of business at 2290 West 8th Avenue, Hialeah, Florida, and is a wholly-owned subsidiary of plaintiff NBCUniversal. The FCC has licensed WNJU-TV to operate the television station identified by the call letters WNJU-TV ("WNJU"), a Spanish-language broadcasting station whose signal is broadcast to viewers over-the-air in the New York City market. Cable systems, satellite services and other multichannel video programming distributors also make WNJU transmissions available to their subscribers upon negotiating for the right to do so under Section 325 of the Communications Act, 47 U.S.C. § 325.

15.     Plaintiff American Broadcasting Companies, Inc. ("ABC") is a Delaware corporation with its principal place of business at 77 West 66th Street, New York, New York, and does business as the ABC Television Network and as WABC-TV. ABC is actively engaged in the production and distribution of television programs and other copyrighted works, including programs ABC transmits to numerous broadcast television stations that it owns as well as other stations that are affiliated with its ABC Television Network and with other networks, in the United States. ABC grants these stations the right to broadcast programming within their communities of license. ABC is a wholly-owned, indirect subsidiary of plaintiff Disney Enterprises, Inc.

- 4 -

16.   Plaintiff ABC Holding Company Inc., doing business as KABC-TV, is a Delaware company with its principal place of business in Burbank, California.  It holds the FCC license for KABC-TV, which is broadcast to viewers over-the-air in the Los Angeles market.  Cable systems, satellite services and other multichannel video programming distributors also make KABC-TV transmissions available to their subscribers upon negotiating for the right to do so under Section 325 of the Communications Act, 47 U.S.C. § 325.

17.   Plaintiff Disney Enterprises, Inc. ("DEI") is a Delaware corporation with its principal place of business at 500 S. Buena Vista Street, Burbank, California.  DEI is actively engaged in the licensing of its copyrighted properties, and certain of its affiliates are engaged in the worldwide production and distribution of copyrighted entertainment products, including programs that television broadcast stations and other media outlets transmit or retransmit to the public.

18.   Plaintiff CBS Broadcasting Inc. ("CBS") is a New York corporation with its principal place of business at 51 West 52nd Street, New York, New York.  CBS is actively engaged in the production and distribution of television programs and other copyrighted works, including programs CBS transmits to numerous broadcast television stations in the United States that are affiliated with its CBS Television Network, including stations that it owns and operates.  CBS grants these stations the right to broadcast programming within their communities of license.  The FCC has licensed CBS to operate the television station identified by the call letters KCBS-TV ("KCBS"), the signal of which is broadcast to viewers over-the-air in the Los Angeles market.  Cable systems, satellite services and other multichannel video programming distributors also make KCBS transmissions available to their subscribers upon negotiating for the right to do so under section 325 of the Communications Act, 47 U.S.C. § 325.

19.   Plaintiff CBS Studios Inc. ("CBS Studios") is a Delaware corporation with its principal place of business at 51 West 52nd Street, New York, New York.

1  CBS Studios is actively engaged in the worldwide production and distribution of

2  copyrighted entertainment products, including programs that television broadcast

3  stations and other media outlets transmit or retransmit to the public.

4      20.    Plaintiff Big Ticket Television, Inc. ("Big Ticket Television") is a

5  Delaware corporation with its principal place of business at 2401 Colorado Avenue,

6  Santa Monica, California.  Big Ticket Television is actively engaged in the

7  production of television programs, including programs that are transmitted to

8  numerous broadcast stations in the United States.

9      21.    Upon information and belief, Defendant Aereokiller, LLC

10  ("Aereokiller") is a Delaware limited liability company with business operations in,

11  among other locations, Los Angeles, California.

12      22.    Upon information and belief, Defendant FilmOn.TV, Inc. is a Delaware

13  corporation with business operations in, among other locations, Los Angeles,

14  California.

15      23.    Upon information and belief, Defendant FilmOn.TV Networks, Inc. is a

16  Delaware corporation with business operations in, among other locations, Los

17  Angeles, California.  Defendants FilmOn.TV, Inc. and FilmOn.TV Networks, Inc.

18  shall be referred to collectively as "FilmOn TV."

19      24.    Upon information and belief, Defendant FilmOn.com, Inc. ("FilmOn") is

20  a Delaware corporation with business operations in, among other locations, Los

21  Angeles, California.

22      25.    Upon information and belief, Defendants own and/or operate an Internet

23  streaming service (the "FilmOnX Service") formerly called BarryDriller and initially

24  located at www.barrydriller.com.  In or about August 2012, Defendants changed the

25  name of their internet streaming service to FilmOnX.com, located at

26  www.filmonx.com, and began redirecting users from www.barrydriller.com to

27  www.filmonx.com, where Defendants continue to operate the FilmOnX Service.

28

26.     Upon information and belief, Defendant FilmOn owns and operates www.filmon.com.  In or about October 2012, Defendants expanded the FilmOnX Service and began making Plaintiffs' copyrighted programming available over www.filmon.com, in addition to www.filmonx.com.

27.     Upon information and belief, Defendants John Does 1-10, inclusive, are individuals and/or entities whose conduct is the subject of this action, but whose identities or locations are unknown.  Such individuals and/or entities are believed to engage in, or operate and/or direct the activities of other parties engaged in the wrongful actions described herein.

28.     Upon information and belief, each of the Defendants is the agent, representative and/or alter ego of the other Defendants.

## NATURE OF DEFENDANTS' UNLAWFUL CONDUCT

29.     On or about August 7, 2012, Defendants began providing subscribers with online access to Plaintiffs' programming telecast by numerous broadcast television stations (collectively, the "Stations").

30.     Upon information and belief, Defendants capture the broadcast signals of the Stations in their local markets, including, without limitation, in the Los Angeles, California television market, transmit those signals to Defendants' servers, transcode them into a different digital format, and then stream the signals over the Internet to customers on their wireless and other internet-enabled devices.

31.     Upon information and belief, FilmOn TV provides Aereokiller and FilmOn with the technology and infrastructure used by Aereokiller and FilmOn to stream Plaintiffs' copyrighted programming over the Internet.

32.     To take advantage of the FilmOnX Service, including access to Plaintiffs' programming on the Stations, an individual with Internet access need only access the Defendants' websites (*e.g.*, www.filmonx.com or www.filmon.com) on his or her computer, pay a subscription fee, and register for the service.

33.    Defendants have not obtained the authorization of Plaintiffs to stream over the Internet the signals of the Stations or the programming broadcast by them, which include copyrighted content owned by Plaintiffs.

34.    On August 11, 2012, counsel for several of the Plaintiffs sent a cease-and-desist letter to then-counsel for Defendant Aereokiller, regarding the FilmOnX Service then available via the website www.barrydriller.com, and currently available at www.filmonx.com and www.filmon.com.

35.    The letter demanded that barrydriller.com cease the unauthorized streaming of broadcast stations owned by Plaintiffs and the copyrighted programming of Plaintiffs on those and other stations.  The letter also asked counsel to confirm, no later than 1:00 p.m. EDT on Monday, August 13, 2012, that the unauthorized retransmission of broadcast signals and programming over the www.barrydriller.com website had ceased.

36.    On August 13, 2012, counsel responded, stating that Defendant Aereokiller intended to proceed with the FilmOnX Service provided at www.barrydriller.com, but had "decided to suspend inclusion of your clients' stations in the service pending an orderly resolution of the legal issues...."  The response made clear Aereokiller's plans to "restore full functionality to subscribers" of the FilmOnX Service once the "legal issues" are resolved.

37.    Despite the representations made in the August 13, 2012 response, Defendants have continued to provide access to Plaintiffs' programming broadcast on the Stations via the FilmOnX Service.  On August 14, 2012, for example, Defendants were streaming over the internet to subscribers of the FilmOnX Service the programming broadcast on the Stations in the New York, New York market, including WABC, WCBS, WNBC, and WNJU.  On August 17, 2012, Defendants were streaming over the Internet to subscribers of the FilmOnX Service the programming broadcast on the Stations in the Los Angeles market, including KABC, KCBS, and KNBC.  Upon information and belief, Defendants currently are streaming

1    and, unless restrained, intend to continue to stream, the programming broadcast on

2    the Stations in multiple television markets, including the Los Angeles, California

3    market.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT

6        38.    Plaintiffs hereby incorporate by reference and reallege each and every

7    allegation of paragraphs 1 through 37 above.

8        39.    Plaintiffs (and/or their parents, subsidiaries or affiliates) are the legal or

9    beneficial owners of the copyrights in numerous programs that have been, or will be,

10   exhibited over broadcast television stations and a variety of other media outlets.  A

11   non-exhaustive list of such television programs, identifying representative examples

12   of programs in which Plaintiffs (and/or their parents, subsidiaries or affiliates) own

13   the pertinent copyright interests, is set forth in Exhibit 1 ("TV Programs").

14       40.    Each such TV Program is an original audiovisual work that has been or

15   will be fixed in a tangible medium of expression and constitutes copyrightable subject

16   matter within the meaning of section 102 of the Copyright Act, 17 U.S.C. § 102.

17   Each such TV Program has been or will be registered with the United States

18   Copyright Office or is the subject of an application for registration filed with the

19   Copyright Office.  Representative examples of the copyright registration certificates

20   or other documentation demonstrating compliance with Sections 408(f) and 411 of

21   the Copyright Act, 17 U.S.C. §§ 408(f) & 411, and implementing Copyright Office

22   regulations, corresponding to the TV Programs identified in Exhibit 1, are attached

23   hereto as Exhibits 2 to 43.

24       41.    Each TV Program has been created or licensed for exhibition by

25   Plaintiffs (and/or their parents, subsidiaries or affiliates), the transmissions of which

26   the Defendants are streaming without authorization as part of the barrydriller.com

27   service.  On information and belief, Defendants have streamed or will stream without

28

1    authorization, as part of the FilmOnX Service, each TV Program and numerous other

2    works in which Plaintiffs own copyrights.

3        42.    Under section 106 of the Copyright Act, 17 U.S.C. § 106, Plaintiffs

4    (and/or their parents, subsidiaries or affiliates) own the exclusive rights, among

5    others, to reproduce in copies their copyrighted works, to distribute copies to the

6    public of their copyrighted works, to publicly perform their copyrighted works, to

7    publicly display their copyrighted works, and to make derivative works based upon

8    their copyrighted works.

9        43.    Under section 106 of the Copyright Act, 17 U.S.C. § 106, Plaintiffs

10   (and/or their parents, subsidiaries or affiliates) also own the exclusive rights to

11   authorize others to exercise the rights set forth in the preceding paragraph 42.

12       44.    Neither Plaintiffs nor any other person authorized by Plaintiffs have

13   granted any license, permission or authorization to Defendants to exercise any of the

14   rights set forth in paragraphs 42 and 43 or to authorize others to exercise such rights,

15   respecting the TV Programs or any other works in which Plaintiffs (and/or their

16   parents, subsidiaries or affiliates) own copyrights.

17       45.    In offering the FilmOnX Service, Defendants have exercised and will

18   exercise (or have authorized or will authorize others to exercise) one or more of

19   Plaintiffs' exclusive rights set forth in paragraphs 42 and 43 respecting the TV

20   Programs and other works in which Plaintiffs (and/or their parents, subsidiaries or

21   affiliates) own copyrights.

22       46.    Defendants, including without limitation FilmOn TV, additionally are

23   secondarily or indirectly liable for copyright infringement, as they (a) derive financial

24   benefit from the infringing activity of others and have the right and ability to

25   supervise or control the infringing activity; (b) purposefully and intentionally induce

26   and encourage or materially contribute to the exercise by others of one or more of

27   Plaintiffs' exclusive rights set forth in paragraphs 42 and 43 respecting the TV

28   Programs and other works in which Plaintiffs (and/or their parents, subsidiaries or

- 10 -

affiliates) own copyrights; and (c) have knowledge of or had reason to know of the copyrighted broadcast programming transmitted without authorization as part of the FilmOnX Service, and caused, induced, or materially contributed to such infringement by providing the site, facilities, and/or other technology for the infringing activities in connection with the operation of the FilmOnX Service.

47.     Defendants have committed and will commit, and/or have induced and encouraged and will induce and encourage, each act of copyright infringement with the knowledge that they were not authorized to exercise any of the rights (or authorize, induce, or encourage others to exercise any of the rights) set forth in paragraphs 42 and 43 respecting the TV Programs and other works in which Plaintiffs (and/or their parents, subsidiaries or affiliates) own copyrights. Defendants' conduct thus has constituted and will constitute willful copyright infringement.

48.     As a result of Defendants' willful copyright infringement, Plaintiffs have been and are being irreparably harmed.

49.     Unless restrained by the Court, Defendants will continue to engage in such willful copyright infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court enter judgment in Plaintiffs' favor and against Defendants, and each of them, as follows:

A.     Issue a preliminary and permanent injunction enjoining and restraining Defendants and their respective officers, agents, servants, and employees and all those in active concert or participation with them, from infringing Plaintiffs' exclusive rights under the Copyright Act by offering the FilmOnX Service and engaging in the conduct described above;

B.     Award Plaintiffs their damages, costs and reasonable attorneys' fees in accordance with 17 U.S.C. §§ 504 and 505 and other applicable law;

C.    Award such other and further relief as the Court shall deem just and appropriate.

Dated:  December 4, 2012

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
JOHN C. ULIN
JAMES S. BLACKBURN

By: _James Blackl_____
JAMES S. BLACKBURN
*Attorneys for Plaintiffs*

- 12 -

## **JURY DEMAND**

Pursuant to Fed. R. Civ. Proc. 38(b), Plaintiffs hereby demand trial by jury of all issues so triable that are raised herein or which hereinafter may be raised in this action.

Dated:  December 4, 2012

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
JOHN C. ULIN
JAMES S. BLACKBURN

By: _James Black_____
     JAMES S. BLACKBURN
     *Attorneys for Plaintiffs*

- 13 -

# EXHIBIT 1

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| THE OFFICE, "FUNDRAISER" - PA 1-787-749 | 8/13/2012 | KNBC | UNIVERSAL NETWORK TELEVISION, LLC | EXHIBIT 2 |
| LAW & ORDER SVU, "MISSING PIECES" - PA-1-757-894 | 8/15/2012 | KNBC | UNIVERSAL NETWORK TELEVISION, LLC | EXHIBIT 3 |
| LAW & ORDER SVU, "TRUE BELIEVERS" - PA-1-765-799 | 8/22/2012 | KNBC | UNIVERSAL NETWORK TELEVISION, LLC | EXHIBIT 4 |
| 2012 LONDON OLYMPIC GAMES NBC NETWORK COVERAGE PRE000005766 | 8/9/2012 | KNBC | NBCUNIVERSAL MEDIA, LLC (EXCLUSIVE LICENSEE OF INTERNATIONAL OLYMPIC COMMITTEE) | EXHIBIT 5 |
| 2012 LONDON OLYMPIC GAMES NBC NETWORK COVERAGE PRE000005781 | 8/10/2012 | KNBC | NBCUNIVERSAL MEDIA, LLC (EXCLUSIVE LICENSEE OF INTERNATIONAL OLYMPIC COMMITTEE) | EXHIBIT 6 |
| 2012 LONDON OLYMPIC GAMES NBC NETWORK COVERAGE PRE000005784 | 8/11/2012 | KNBC | NBCUNIVERSAL MEDIA, LLC (EXCLUSIVE LICENSEE OF INTERNATIONAL OLYMPIC COMMITTEE) | EXHIBIT 7 |
| CHANNEL 4 NEWS AT 11PM | 8/13/2012 | KNBC | NBC SUBSIDIARY (KNBC-TV), INC. | EXHIBIT 8 |
| CHANNEL 4 NEWS AT 11PM | 8/15/2012 | KNBC | NBC SUBSIDIARY (KNBC-TV), INC. | EXHIBIT 8 |

EXHIBIT 1 - PAGE 14

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| THE DEBATE (PARKS AND RECREATION) - PA 1-787-748 | 8/16/2012 | KNBC | OPEN 4 BUSINESS PRODUCTIONS, LLC | EXHIBIT 9 |
| BUS TOUR (PARKS AND RECREATION) - PA 1-788-912 | 8/23/2012 | KNBC | OPEN 4 BUSINESS PRODUCTIONS, LLC | EXHIBIT 10 |
| NOTICIERO 47 | 8/23/2012 | WNJU | TELEMUNDO NETWORK GROUP LLC | EXHIBIT 11 |
| NOTICIERO 47 | 8/24/2012 | WNJU | TELEMUNDO NETWORK GROUP LLC | EXHIBIT 11 |
| AL ROJO VIVO | 8/23/2012 | WNJU | TELEMUNDO NETWORK GROUP LLC | EXHIBIT 12 |
| AL ROJO VIVO | 8/24/2012 | WNJU | TELEMUNDO NETWORK GROUP LLC | EXHIBIT 12 |
| THE GAME PLAN - PA 1-595-275 | 8/11/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 13 |
| CASTLE "UNDEAD AGAIN" (422) - PA 1-789-370 | 8/11/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 14 |
| GREY'S ANATOMY "FIRST CUT'S THE DEEPEST" (101) - PA 1-268-236 | 8/12/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 15 |
| BROTHERS AND SISTERS "SOMETHING IDA THIS WAY COMES" (115) - PA 1-289-136 | 8/12/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 16 |

EXHIBIT 1 - PAGE 15

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| GREY'S ANATOMY "A HARD DAY'S NIGHT" (100) - PA 1-268-281 | 8/13/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 17 |
| BROTHERS & SISTERS "SEXUAL POLITICS" (114) - PA 1-289-137 | 8/13/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 18 |
| HAPPY ENDINGS "YESANDWITCH" (203) - PA 1-775-953 | 8/14/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 19 |
| CASTLE "ALWAYS" (423) - PA 1-794-097 | 8/18/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 20 |
| GREY'S ANATOMY "WINNING A BATTLE LOSING THE WAR" (104) - PA 1-268-282 | 8/19/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 21 |
| BROTHERS & SISTERS "VALENTINE'S DAY MASSACRE" (116) - PA 1-365-652 | 8/19/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 22 |
| HAPPY ENDINGS "THE CODE WAR" (208) - PA 1-775-959 | 8/21/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 23 |
| GREY'S ANATOMY "NO MAN'S LAND" (102) - PA 1-271-889 | 8/26/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 24 |

EXHIBIT 1 - PAGE 16

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| BROTHERS & SISTERS "LOVE IS DIFFICULT" (117) - PA 1-365-653 | 8/26/2012 | KABC | DISNEY ENTERPRISES, INC. | EXHIBIT 25 |
| AMERICA'S FUNNIEST HOME VIDEOS (2219) - PA 1-790-058 | 8/26/2012 | KABC | AMERICAN BROADCASTING COMPANIES, INC. | EXHIBIT 26 |
| EYEWITNESS NEWS | 8/22/2012 | KABC | ABC HOLDING COMPANY, INC | EXHIBIT 27 |
| EYEWITNESS NEWS | 8/23/2012 | KABC | ABC HOLDING COMPANY, INC | EXHIBIT 27 |
| CSI: CRIME SCENE INVESTIGATION – "FREAKS & GEEKS" (1206) – PA 1-765-816 | 8/8/2012 | KCBS | CBS BROADCASTING INC. | EXHIBIT 28 |
| CSI: NY "CRUSHED" (807) – PA 1-768-719 | 8/10/2012 | KCBS | CBS BROADCASTING INC. | EXHIBIT 29 |
| 60 MINUTES | 8/12/2012 | KCBS | CBS BROADCASTING INC. | EXHIBIT 30 |
| BLUE BLOODS "WOMEN WITH GUNS" (216) – PA 1-783-955 | 8/10/2012 | KCBS | CBS STUDIOS INC. | EXHIBIT 31 |
| THE GOOD WIFE "LONG WAY HOME" (317) – PA 1-791-007 | 8/19/2012 | KCBS | CBS STUDIOS INC. | EXHIBIT 32 |
| HAWAII FIVE-O "LEKIO (RADIO)" (218) – PA 1-790-484 | 8/20/2012 | KCBS | CBS STUDIOS INC. | EXHIBIT 33 |

EXHIBIT 1 - PAGE 17

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| NCIS "THE MISSIONARY POSITION" (206) – PA 1-790-732 | 8/21/2012 | KCBS | CBS STUDIOS INC. | EXHIBIT 34 |
| NCIS: LOS ANGELES "VENGEANCE" (319) – PA 1-791-692 | 8/21/2012 | KCBS | CBS STUDIOS INC. | EXHIBIT 35 |
| JUDGE JOE BROWN - SHOW (3436) – PA 1-788-857 | 8/9/2012 | KCAL | BIG TICKET TELEVISION, INC. | EXHIBIT 36 |
| JUDGE JOE BROWN –SHOW (3413) – PA 1-789-817 | 8/9/2012 | KCAL | BIG TICKET TELEVISION, INC. | EXHIBIT 37 |
| JUDGE JOE BROWN - SHOW (3386) – PA 1-778-380 | 8/10/2012 | KCAL | BIG TICKET TELEVISION, INC. | EXHIBIT 38 |
| JUDGE JOE BROWN - SHOW (3347) – PA 1-776-674 | 8/10/2012 | KCAL | BIG TICKET TELEVISION, INC. | EXHIBIT 39 |
| JUDGE JUDY - SHOW (3868) – PA 1-784-788 | 8/9/2012 | KCBS | BIG TICKET TELEVISION, INC. | EXHIBIT 40 |
| JUDGE JUDY - SHOW (3927) – PA 1-784-790 | 8/9/2012 | KCBS | BIG TICKET TELEVISION, INC. | EXHIBIT 41 |
| JUDGE JUDY - SHOW (3933) | 8/10/2012 | KCBS | BIG TICKET TELEVISION, INC. | EXHIBIT 42 |
| JUDGE JUDY - SHOW (3891) – PA 1-776-628 | 8/10/2012 | KCBS | BIG TICKET TELEVISION, INC. | EXHIBIT 43 |

EXHIBIT 1 - PAGE 18

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-787-749

**Effective date of registration:**

May 4, 2012

## Title

**Title of Work:** Fundraiser - (The Office)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 26, 2012      **Nation of 1st Publication:** United States

## Author

- **Author:** Universal Network Television LLC

  **Author Created:** production/producer

  **Work made for hire:** Yes

  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal Network Television LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** May 2, 2012

**Registration #:**   PA0001787749

**Service Request #:**   1-761150608



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

EXHIBIT 2 - PAGE 20

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-757-894

**Effective date of
registration:**

October 26, 2011

---

## Title

**Title of Work:** Missing Pieces - (Law & Order: Special Victims Unit)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 19, 2011    **Nation of 1st Publication:** United States

## Author

■  **Author:** Universal Network Television LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal Network Television LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** October 24, 2011

**Registration #:**   PA0001757894

**Service Request #:**   1-677201623



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

EXHIBIT 3 - PAGE 22

# EXHIBIT 4

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-799

**Effective date of
registration:**

November 16, 2011

## Title

**Title of Work:** True Believers - (Law & Order: Special Victims Unit)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 2, 2011   **Nation of 1st Publication:** United States

## Author

■   **Author:** Universal Network Television LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal Network Television LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** November 14, 2011

**Registration #:**  PA0001765799
**Service Request #:**  1-686091798



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

EXHIBIT 4 - PAGE 24

# EXHIBIT 5

**Morrow, Scott**

| | |
|---|---|
| **From:** | Copyright Office [cop-rc@loc.gov] |
| **Sent:** | Tuesday, August 07, 2012 3:52 PM |
| **To:** | Burchette, Pamela |
| **Subject:** | Notification from the Electronic Copyright Office (eCO) system |

This is to notify you that:

   Preregistration has been completed for the work 2012 London Olympic Games NBC Network Coverage, August 9, 2012 under the number PRE000005766. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

   This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

   Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

   When you complete the application for full registration, be sure to give the preregistration number PRE000005766 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000005766
Effective Date of Preregistration: 08/07/2012
Class(es) of Work: Motion Picture

Title: 2012 London Olympic Games NBC Network Coverage, August 9, 2012

Additional Title(s):

Author(s): International Olympic Committee; NBCUniversal Media, LLC

Claimant(s):

   International Olympic Committee
   NBCUniversal Media, LLC, 30 Rockefeller Plaza, #1087E, New York, NY, 10112

Description of the work: Track and Field - Qualifying Rounds; Women's Volleyball - Semifinal (LIVE); Women's Water Polo - Gold Medal Final (LIVE); Men's Beach Volleyball - Bronze Medal (LIVE); Canoeing - Sprint Gold Medal Final; Women's Swimming - Marathon; Track and Field - Gold Medal Finals: Men's 200M, Decathlon, Men's 800M, Men's Triple Jump; Women's Diving - Platform Gold Medal Final; Men's Beach Volleyball - Gold Medal Final; Men's Cycling - BMX Quarterfinals; Track and Field - Gold Medal Final; Gymnastics - Rhythmic Qualifying

Date on which creation commenced: 06/27/2012 (Approximately)
Date of anticipated completion: 08/09/2012
Date of anticipated publication: 08/09/2012

Application certified by: Gillian M. Lusins

[THREAD ID: 1-DBR2CS]

EXHIBIT 5 - PAGE 25

United States Copyright Office

EXHIBIT 5 - PAGE 26

# EXHIBIT 6

**Morrow, Scott**

| | |
|---|---|
| **From:** | Copyright Office [cop-rc@loc.gov] |
| **Sent:** | Thursday, August 09, 2012 11:44 AM |
| **To:** | Burchette, Pamela |
| **Subject:** | Notification from the Electronic Copyright Office (eCO) system |

This is to notify you that:

   Preregistration has been completed for the work 2012 London Olympic Games NBC Network Coverage, August 10, 2012 under the number PRE000005781. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

   This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

   Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

   When you complete the application for full registration, be sure to give the preregistration number PRE000005781 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000005781
Effective Date of Preregistration: 08/08/2012
Class(es) of Work: Motion Picture

Title: 2012 London Olympic Games NBC Network Coverage, August 10, 2012

Additional Title(s):

Author(s): International Olympic Committee; NBCUniversal Media, LLC

Claimant(s):

   International Olympic Committee
   NBCUniversal Media, LLC, 30 Rockefeller Plaza, #1087E, New York, NY, 10112

Description of the work: Men's Water Polo - Semifinal (LIVE); Gymnastics - Rhythmic Qualifying; Synchronized Swimming - Team Gold Medal Final; Wrestling - Freestyle Gold Medal Finals (LIVE); Men's Swimming - Marathon; Canoeing - Sprint Qualifying Heats; Track and Field - Gold Medal Finals: Men's 4 x 400M Relay, Men's Pole Vault, Women's 4 x 100M Relay, Women's 1500M; Men's Diving - Platform Qualifying Round; Cycling - BMX Gold Medal Finals; Track and Field - Gold Medal Finals; Men's Water Polo - Semifinal

Date on which creation commenced: 06/27/2012 (Approximately)
Date of anticipated completion: 08/10/2012
Date of anticipated publication: 08/10/2012

Application certified by: Gillian M. Lusins

[THREAD ID: 1-DCB635]

1

EXHIBIT 6 - PAGE 27

United States Copyright Office

2

EXHIBIT 6 - PAGE 28

# EXHIBIT 7

**Morrow, Scott**

| | |
|---|---|
| **From:** | Copyright Office [cop-rc@loc.gov] |
| **Sent:** | Friday, August 10, 2012 1:07 PM |
| **To:** | Burchette, Pamela |
| **Subject:** | Notification from the Electronic Copyright Office (eCO) system |

This is to notify you that:

Preregistration has been completed for the work 2012 London Olympic Games NBC Network Coverage, August 11, 2012 under the number PRE000005784. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

When you complete the application for full registration, be sure to give the preregistration number PRE000005784 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000005784
Effective Date of Preregistration: 08/09/2012
Class(es) of Work: Motion Picture

Title: 2012 London Olympic Games NBC Network Coverage, August 11, 2012

Additional Title(s):

Author(s): International Olympic Committee; NBCUniversal Media, LLC

Claimant(s):

International Olympic Committee
NBCUniversal Media, LLC, 30 Rockefeller Plaza, #1087E, New York, NY, 10112

Description of the work: Women's Basketball - Gold Medal Final (LIVE); Gymnastics - Rhythmic Gold Medal Final; Women's Cycling - Mountain Bike Gold Medal Final; Women's Volleyball - Bronze Medal; Wrestling - Freestyle Semifinals; Canoeing - Sprint Gold Medal Finals; Track and Field - Gold Medal Finals: Men's 4 x 100M Relay, Men's 5000M, Men's Javelin, Women's 4 x 400M Relay, Women's 800M, Women's High Jump; Men's Diving - Platform Gold Medal Final; Women's Volleyball - Gold Medal Final; Wrestling - Freestyle Gold Medal Finals

Date on which creation commenced: 06/27/2012 (Approximately)
Date of anticipated completion: 08/11/2012
Date of anticipated publication: 08/11/2012

Application certified by: Gillian M. Lusins

[THREAD ID: 1-DCO96Z]

EXHIBIT 7 - PAGE 29

United States Copyright Office

2

EXHIBIT 7 - PAGE 30

# EXHIBIT 8

Daniel M. Kummer
Vice President, Litigation
& Content Protection
Law Department

30 Rockefeller Plaza
New York, NY 10112-0002

+1 212 664 2120
+1 212 664 6572 Fax
daniel.kummer@nbcuni.com

# NBCUniversal

August 10, 2012

## VIA FIRST CLASS MAIL, FACSIMILE and EMAIL

To:  Aereokiller LLC
BarryDriller Content Systems Plc
BarryDriller, Inc.
Barry.Driller.com
c/o Toby Butterfield, Esq.
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, New York 10022
        -and-
copyright@BarryDriller.com.

## ADVANCE NOTICE OF POTENTIAL INFRINGEMENT

On behalf of NBC Subsidiary (KNBC-TV) LLC ("Owner") we submit this advance notice of potential infringement pursuant to Section 411(c) (formerly 411(b)) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22 (2009).

Owner owns and operates the television station identified by the call letters KNBC, the signal of which is broadcast to viewers over-the-air on channel 4 in the Los Angeles market.  Next week, KNBC will telecast the following programs:

| Program | Date | Time (Pacific Standard Time) |
|---|---|---|
| Channel 4 News at 11pm | August 13, 2012 | 11:00 p.m. – 11:30 p.m. |
| Channel 4 News at 11pm | August 15, 2012 | 11:00 p.m. – 11:30 p.m. |

Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission.  Owner, which will be considered the author of these works upon their fixation, intends to secure a copyright in these telecasts upon their fixation and to file an application for copyright registration in such telecasts within three months of their first transmission.

EXHIBIT 8 - PAGE 31

Aereokiller llc
August 10, 2012
Page 2

    Your streaming, over the Internet, of these telecasts to subscribers from the website located at www.BarryDriller.com or any other website owned or controlled by you, would, if carried out, result in an infringement of the copyright in such telecasts. Owner objects to such activities which, if carried out, would subject you to liability for copyright infringement. In view of this notice, such infringement would be willful.

    This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims and remedies available to Owner, whether legal or equitable in nature, all of which are expressly reserved.

Sincerely,

Daniel M. Kummer

EXHIBIT 8 - PAGE 32

# EXHIBIT 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-787-748**

**Effective date of registration:**

May 4, 2012

---

## Title

Title of Work: The Debate - (Parks and Recreation)

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 26, 2012        Nation of 1st Publication: United States

## Author

- Author: Open 4 Business Productions LLC

Author Created: production/producer

Work made for hire: Yes

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Open 4 Business Productions LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

Name: Carly Seabrook

Date: May 2, 2012

---

Page 1 of 1

EXHIBIT 9 - PAGE 33

**Registration #:**  PA0001787748
**Service Request #:**  1-761150813



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

EXHIBIT 9 - PAGE 34

# EXHIBIT 10

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-788-912

**Effective date of registration:**

May 10, 2012

---

## Title

**Title of Work:** Bus Tour - (Parks and Recreation)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 3, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Open 4 Business Productions LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Open 4 Business Productions LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** May 8, 2012

Page 1 of 1

EXHIBIT 10 - PAGE 35

**Registration #:** PA0001788912
**Service Request #:** 1-763893803



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

EXHIBIT 10 - PAGE 36

# EXHIBIT 11

Daniel M. Kummer
Vice President, Litigation
& Content Protection
Law Department

30 Rockefeller Plaza
New York, NY 10112-0002

+1 212 664 6572 Fax
daniel.kummer@nbcuni.com

August 21, 2012

**VIA FIRST CLASS MAIL and E-Mail**

**NBCUniversal**

To: Aereokiller LLC
BarryDriller Content Systems Plc
BarryDriller, Inc.
Barry.Driller.com
c/o Jaime W. Marquart, Esq.
10990 Wilshire Blvd., 4th Floor
Los Angeles, CA 90024
jmarquart@bakermarquart.com

## ADVANCE NOTICE OF POTENTIAL INFRINGEMENT

WNJU-TV Broadcasting LLC (the "Owner") hereby submits this advance notice of potential infringement pursuant to Section 411(c) (formerly 411(b)) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22 (2009).

Owner operates the FCC-licensed television station identified by the call letters WNJU, the signal of which is broadcast to viewers over-the-air on channel 47 in the New York City market. In August 2012, WNJU will telecast the following programs (among others) :

| Program | Date | Time (Eastern Daylight) |
|---|---|---|
| Noticiero 47 | August 23, 2012 | 6:00 p.m. – 6:30 p.m. |
| Noticiero 47 | August 24, 2012 | 11:00 p.m. – 11:30 p.m. |

Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission. The Owner which will be considered the author of these works upon their fixation, intends to secure a copyright in these telecasts upon their fixation and to file an application for copyright registration in such telecasts within three months of their first transmission. Your transmission of these telecasts to subscribers would, if carried out, result in an infringement of the copyright in such telecasts. The Owner objects to such activities which, if carried out, would subject you to liability for copyright infringement. In view of this notice, such infringement would be willful.

This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims and remedies available to the Owner, whether legal or equitable in nature, all of which are expressly reserved. Please contact the undersigned duly authorized agent of the Owner if you have any questions about this notice.

Sincerely,

Daniel M. Kummer
Attorney for Owner

**EXHIBIT 11 - PAGE 37**

# EXHIBIT 12

Daniel M. Kummer
Vice President, Litigation
& Content Protection
Law Department

30 Rockefeller Plaza
New York, NY 10112-0002

+1 212 664 4400
+1 212 664 6572  Fax

daniel.kummer@nbcuni.com

August 21, 2012

<u>**VIA FIRST CLASS MAIL and E-Mail**</u>                              **NBCUniversal**

To:  Aereokiller LLC
     BarryDriller Content Systems Plc
     BarryDriller, Inc.
     Barry.Driller.com
     c/o Jaime W. Marquart, Esq.
     10990 Wilshire Blvd., 4th Floor
     Los Angeles, CA 90024
     jmarquart@bakermarquart.com

<u>**ADVANCE NOTICE OF POTENTIAL INFRINGEMENT**</u>

     Telemundo Network Group LLC (the "Owner") hereby submits this advance notice of potential infringement pursuant to Section 411(c) (formerly 411(b)) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22 (2009).

     The Federal Communications Commission has licensed WNJU-TV Broadcasting LLC, an affiliate of Owner, to operate the television station identified by the call letters WNJU, the signal of which is broadcast to viewers over-the-air on channel 47 in the New York City market. In August 2012, WNJU will telecast the following programs owned by Owner (among others):

| Program | Date | Time (Eastern Daylight) |
|---|---|---|
| Al Rojo Vivo | August 23, 2012 | 5:00 p.m. – 6:00 p.m. |
| Al Rojo Vivo | August 24, 2012 | 5:00 p.m. – 6:00 p.m. |

     Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission. The Owner, which will be considered the author of these works upon their fixation, intends to secure a copyright in these telecasts upon their fixation and to file an application for copyright registration in such telecasts within three months of their first transmission. Your transmission of these telecasts to subscribers would, if carried out, result in an infringement of the copyright in such telecasts. The Owner objects to such activities which, if carried out, would subject you to liability for copyright infringement. In view of this notice, such infringement would be willful.

     This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims and remedies available to the Owner, whether legal or equitable in nature, all of which are expressly reserved. Please contact the undersigned duly authorized agent of the Owner if you have any questions about this notice.

                       Sincerely,

                       Daniel M. Kummer
                       Attorney for Owner

**EXHIBIT 12 - PAGE 38**

# EXHIBIT 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-595-275**

**Effective date of
registration:**

January 2, 2008

## Title

| | |
|---|---|
| **Title of Work:** | THE GAME PLAN |
| **Nature of Work:** | Motion Picture |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | September 28, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Monkey Dance Productions, Inc. |
| **Author Created:** | Motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** No | **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | DISNEY ENTERPRISES, INC. |
| | 500 S. Buena Vista St., Burbank, CA 91521 |
| **Transfer Statement:** | Agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based and incorporates elements from a preexisting screenplay entitled THE GAME PLAN. |
| **Previously registered:** | No |
| **New material included in claim:** | New cinematographic material. |

## Certification

EXHIBIT 13 - PAGE 39

**Name:** Gary Lim

**Date:** October 1, 2007

IPN#:

Registration #:    PA0001595275

Service Request #:   1-52770033

The Walt Disney Company
Gary Lim
500 S. Buena Vista St., 80767
Burbank, CA 91521-0635

EXHIBIT 13 - PAGE 41

# EXHIBIT 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-789-370

**Effective date of registration:**

May 18, 2012

---

## Title

**Title of Work:** CASTLE "UNDEAD AGAIN" (422)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 30, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** ABC Studios

  **Author Created:** Entire motion picture.

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.

500 S. Buena Vista St., Burbank, CA, 91521, United States

**Transfer Statement:** Assignment

## Certification

**Name:** Thad Scroggins

**Date:** May 10, 2012

**Applicant's Tracking Number:** 99978

---

**EXHIBIT 14 - PAGE 42**

**Registration #:**   PA0001789370

**Service Request #:**   1-765226004



The Walt Disney Company
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635  United States

EXHIBIT 14 - PAGE 43

# EXHIBIT 15

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-268-236

*KP00081268236*

EFFECTIVE DATE OF REGISTRATION

Apr 12 2005

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

GREY'S ANATOMY "FIRST CUT'S THE DEEPEST" #101

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

---

**2**

**a** **NAME OF AUTHOR ▼**

Touchstone Television Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 4    Day ▶ 3    Year ▶ 2005
USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES, INC
500 S Buena Vista St, Burbank, CA 91521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

**APPLICATION RECEIVED**
APR 12 2005
**ONE DEPOSIT RECEIVED**
APR 12 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT 15 - PAGE 44

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼ If your answer is no go to space 7

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a  6**

See instructions before completing this space

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.

Name ▼                                                    Account Number ▼

**a  7**

Buena Vista Copyright Services                          DA 014273

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Gary Lim - The Walt Disney Company

500 S Buena Vista St

Burbank, CA 91521-0635

**b**

Area code and daytime telephone number ▶ ( 818 ) 560 1412          Fax number ▶ ( 818 ) 562-3103

Email ▶ gary lim@disney com

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Claimant

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Gary Y Lim                                              Date ▶ 04/11/05

Handwritten signature (X) ▼

☞     x

| **Certificate will be mailed in window envelope to this address** | Name ▼<br><br>The Walt Disney Company c/o Gary Y Lim<br><br>Number/Street/Apt ▼<br><br>500 S Buena Vista St<br><br>City/State/ZIP ▼<br><br>Burbank, CA 91521-0635 | Complete all necessary spaces<br>Sign your application in space 8<br><br>1 Application form<br>2 Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3 Deposit material<br><br>Library of Congress<br>Copyright Office<br>101 Independence Avenue S E<br>Washington D C 20559-6000 | **9** |

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500   ⟳ PRINTED ON RECYCLED PAPER   ☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/88

June 1999—200 000
WEB REV June 1999

EXHIBIT 15 - PAGE 45

# EXHIBIT 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-289-136**

REC

PA          PAU

EFFECTIVE DATE OF REGISTRATION

2-2-07

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BROTHERS & SISTERS "SOMETHING IDA THIS WAY COMES" (115)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**
Touchstone Television Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2007

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 1     Day 21     Year 2007
U.S.A.     Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES, INC
500 S. Buena Vista St..  Burbank, CA 91521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
FEB 0 2 2007
ONE DEPOSIT RECEIVED
FEB 0 2 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

**FORM PA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**5**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**            **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                    **Account Number ▼**

Buena Vista Copyright Services            DA 014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thad Scroggins - The Walt Disney Company
500 S. Buena Vista St.
Burbank, CA 91521-0635

**b**

Area code and daytime telephone number    ( 818  ) 560-2118       Fax number   ( 818  ) 562-3103
Email  thad.scroggins@disney.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                                    ☐ author
                                                    ☐ other copyright claimant
        Check only one ▶                          ☐ owner of exclusive right(s)
                                                    ☑ authorized agent of Clamaint
                                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thad Scroggins                                          Date  January 25, 2007

Handwritten signature (X) ▼

x

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
The Walt Disney Company - Attn: Thad Scroggins            76721
Number/Street/Apt ▼
500 South Buena Vista Street
City/State/ZIP ▼
Burbank, CA 91521-0635

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXHIBIT 16 PAGE 47

# EXHIBIT 17

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

R **PA 1-268-281**

*PA0001268281*

EFFECTIVE DATE OF REGISTRATION

Apr 12 2005

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

GREY'S ANATOMY "A HARD DAY'S NIGHT" PILOT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

---

**2**

**a** **NAME OF AUTHOR ▼**
Touchstone Television Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2005 ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ 3   Day ▶ 27   Year ▶ 2005
USA ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TOUCHSTONE TELEVISION an alternate designation of DISNEY ENTERPRISES INC
500 S Buena Vista St., Burbank, CA 91521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
APR 12 2005
ONE DEPOSIT RECEIVED
APR 12 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT 17 - PAGE 48

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box.) ▼ If your answer is  no   go to space 7

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼                                                        Account Number ▼

Buena Vista Copyright Services                    DA 014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Gary Lim - The Walt Disney Company
500 S  Buena Vista St
Burbank, CA  91521-0635

**b**

Area code and daytime telephone number ▶  (  818   )  560 1412          Fax number ▶  (  818    )  562 3103

Email ▶  gary lim@disney com

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Gary Y  Lim                                                                    Date ▶  04/11/05

Handwritten signature (X) ▼

☞          x

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼

The Walt Disney Company  c/o Gary Y  Lim          69557

Number/Street/Apt ▼

500 S  Buena Vista St.

City/State/ZIP ▼

Burbank, CA  91521-0635

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyright
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington D C  20559-6000

As of July1 1999,
the filing fee for
Form PA is $30

**9**

17 U S C  § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

June 1999—200 000          ♻ PRINTED ON RECYCLED PAPER          ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/66
WEB REV June 1999

EXHIBIT 17 - PAGE 49

# EXHIBIT 18

Certificate of Registrati



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

REGI **PA 1-289-137**

PA
EFFECTIVE DATE OF REGISTRATION

**2-2-07**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
BROTHERS & SISTERS "SEXUAL POLITICS" (114)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

---

**2**

**a**
**NAME OF AUTHOR ▼**
Touchstone Television Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 1     Day 14     Year 2007
U.S.A.     Nation

---

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOUCHSTONE TELEVISION an alternate designation of
DISNEY ENTERPRISES, INC
500 S. Buena Vista St., Burbank, CA 91521

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

**APPLICATION RECEIVED**
FEB 0 2 2007
**ONE DEPOSIT RECEIVED**
FEB 0 2 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of __ pages

EXHIBIT 18 - PAGE 50

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼           Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a**
**6**
**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

Buena Vista Copyright Services          DA 014273

**a**
**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thad Scroggins - The Walt Disney Company
500 S. Buena Vista St.
Burbank, CA 91521-0635

**b**

Area code and daytime telephone number   ( 818  ) 560-2118          Fax number   ( 818  ) 562-3103

Email  thad.scroggins@disney.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thad Scroggins                    Date  January 25, 2007

Handwritten signature (X) ▼

x

| Certificate will be mailed in window envelope to this address: | Name ▼ The Walt Disney Company - Attn: Thad Scroggins        76720 | YOU MUST • Complete all necessary spaces • Sign your application in space 8 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | **9** |
| --- | --- | --- | --- |
| | Number/Street/Apt ▼ 500 South Buena Vista Street | | |
| | City/State/ZIP ▼ Burbank, CA 91521-0635 | | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper

EXHIBIT 18 PAGE 51

# EXHIBIT 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-775-953

**Effective date of registration:**

January 4, 2012

## Title

**Title of Work:** HAPPY ENDINGS "YESANDWITCH" (203)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 12, 2011    **Nation of 1st Publication:** United States

## Author

- **Author:** ABC Studios

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

- **Author:** Sony Pictures Television Inc.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.

500 S. Buena Vista St., Burbank, CA, 91521, United States

**Transfer Statement:** Assignment

**Copyright Claimant:** SONY PICTURES TELEVISION INC.

10202 West Washington Blvd., Culver City, CA, 90232, United States

## Certification

**Name:** Thad Scroggins

**Date:** December 29, 2011

**Applicant's Tracking Number:** 94725

**EXHIBIT 19 - PAGE 52**

**Registration #:**   PA0001775953
**Service Request #:**   1-704421935



The Walt Disney Company
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635  United States

EXHIBIT 19 - PAGE 53